IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 14-1242 (RCL) |
| ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
| *Defendant*. ) | |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO PERMIT DISCOVERY PURSUANT TO RULE 56(d)

Pursuant to Fed. R. Civ. P. 56(d), Ramona R. Cotca hereby declares as follows:

1.  I am an attorney employed by Judicial Watch, Inc. and counsel for Plaintiff in the above-captioned matter. I have personal knowledge of the matters set forth below.

2.  Pursuant to Rule 56(d), I submit this declaration in support of Plaintiff's motion to allow time for limited discovery and attach in support hereto the Declaration of David Sun, an expert in the fields of computer forensics and electronic discovery, as Exhibit 1. Mr. Sun's Declaration discusses the types of searches that could reasonably be done to locate the records Plaintiff requested, depending on the facts available about the email system and email accounts used by the Office of the Secretary.

3.  As required by Rule 56(d), this declaration outlines the limited topics of inquiries Plaintiff seeks to address through discovery to be able to determine available sources for the records Plaintiff requested and reasonable searches Defendant should undertake in this lawsuit filed under the Freedom of Information Act (FOIA). Plaintiff needs this limited discovery before it can oppose Defendant's motion for summary judgment.

4.  This lawsuit seeks access to the following information:

    a) Copies of any updates and/or talking points given to Ambassador Rice by the

1

       White House or any federal agency concerning, regarding, or related to the September 11, 2012 attack on the U.S. consulate in Benghazi, Libya.

       b)     Any and all records or communications concerning, regarding, or relating to talking points or updates on the Benghazi attack given to Ambassador Rice by the White House or any federal agency.

The parties agree that emails sent to and/or from former Secretary of State Hillary Rodham Clinton, Jacob Sullivan, Cheryl Mills, and Huma Abedin, all former officials from the Office of the Secretary, are relevant to Plaintiff's FOIA request. Plaintiff believes that emails to and/or from Philippe Reines are also relevant to Plaintiff's FOIA request.

     5.     Plaintiff seeks limited discovery about the following:

- How emails and email servers were managed by the Defendant, including, but not limited to the "clintonemail.com" server and backup server;

- How files and file servers were managed by the Defendant;

- How Defendant implemented system backups;

- Information to identify officials (custodians) outside the Secretary's office who were likely to communicate to and/or from the Secretary's office about the subject matter of Plaintiff's FOIA request (e.g. Philippe Reines);

- Information about former officials use of email accounts and systems outside the "state.gov" servers, including the "clintonemail.com" server and email accounts;

- Information about what electronic and computing devices (BlackBerrys, iPhones, iPads, laptops, desktops, etc.) were used by key officials, their locations and Defendant's ability to search for potentially responsive records; and/or

- What other ad-hoc backups of data or USB devices were used for government business.

     6.     Defendant has been unwilling to provide this information to Plaintiff. Plaintiff cannot obtain this information from Defendant without Court-ordered discovery.

     7.     Attached hereto as Exhibit 2 are relevant correspondences between Defendant and Cheryl Mills and/or her attorneys about the collection of federal records. These are true copies of

correspondences posted on the Court's ECF system in *Judicial Watch v. Dep't of State*, Case No. 13-1363 (ECF Nos. 18, 20).

8.   Attached hereto as Exhibit 3 are relevant correspondences between Defendant and Huma Abedin and/or her attorneys about the collection of federal records. These are true copies of correspondences posted on the Court's ECF system in *Judicial Watch v. Dep't of State*, Case No. 13-1363 (ECF Nos. Nos. 18, 20).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on this <u>21st</u> day of August, 2015.

_____
Ramona R. Cotca