# EXHIBIT 2

## (LETTERS OF CHERYL MILLS)

**UNDER SECRETARY OF STATE**

**FOR MANAGEMENT**

**WASHINGTON**

MAR 1 1 2015

Dear Ms. Mills:

     Last week, the Department of State received the attached subpoena from the Select Committee on Benghazi, requesting certain documents and communications. I am writing to request your assistance, to the extent necessary, in meeting the requirements of this subpoena and properly preserving any potential federal records that may be in your custody related to your work on any topic, at any time, as an official at the Department of State.

     The Federal Records Act of 1950, as amended, 44 U.S.C. chapters 29, 31 and 33, seeks to ensure the preservation of an authoritative record of official correspondence, communications, and documentation. In *Bulletin 2013-03*, the National Archives and Records Administration (NARA) clarified records management responsibilities regarding the use of personal email accounts for official government business. NARA recommended that agencies refer to its guidance when advising incoming and departing agency employees about their records management responsibilities. This bulletin was followed by additional NARA guidance on managing email issued on September 15, 2014. See attached.

     We recognize that some or all of the NARA guidance may post-date your service at the Department. Nevertheless, we bring the NARA guidance to your attention in order to ensure that the Department's records and subpoena compliance are as complete as possible. Accordingly, we ask that should you be aware or become aware in the future of a federal record in your possession, such as an email sent or received on a personal email account while serving in your official capacity at the Department, that such record be made available to the Department. In this regard, please note that diverse Department records are subject to various disposition schedules, with certain records retained permanently. We ask that a

Ms. Cheryl Mills,
    c/o Ms. Beth Wilkinson,
        Paul, Weiss, Rifkind, Wharton & Garrett,
            2001 K Street NW,
                Washington, DC 20006-1047.

-2-

record be preserved and provided to the Department at your earliest convenience if there is any reason to believe that it may not otherwise be preserved in the Department's recordkeeping system.

The Department is willing to provide assistance to you in this effort. In the meantime, should you have any questions regarding this request, please do not hesitate to contact William Fischer, A/GIS/IPS/RA, Agency Records Officer, at (202) 261-8369.

We greatly appreciate your consideration of and assistance with this matter and ask that you respond in writing by March 18, 2015 as to whether you are aware of any potential federal records that may be in your custody related to your work on any topic, at any time, as an official at the Department of State. We would also greatly appreciate knowing when you will be able to provide any records to the Department.

Sincerely,

Patrick F. Kennedy

Attachments: (4)
1. Subpoena
2. 44 USC 3301
3. NARA Bulletin 2013-03
4. NARA Bulletin 2014-06

cc: William Fischer

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW          WASHINGTON, DC 20006-1047
TELEPHONE  (202) 223 7300

BETH A  WILKINSON

TELEPHONE  (202) 223 7340
FACSIMILE  (202) 204 7395
E MAIL   bwilkinson@paulweiss com

1285 AVENUE OF THE AMERICAS
NEW YORK  NY 10019 6064
TELEPHONE (212) 373 3000
FACSIMILE (212) 757 3990

UNIT 3601  FORTUNE PLAZA OFFICE TOWER A
NO  7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE S REPUBLIC OF CHINA
TELEPHONE (86 10) 5828 6300

12TH FLOOR  HONG KONG CLUB BUILDING
3A CHATER ROAD  CENTRAL
HONG KONG
TELEPHONE (852) 2846 0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2 2 UCHISAIWAICHO 2 CHOME
CHIYODA KU  TOKYO 100 0011  JAPAN
TELEPHONE (81 3) 3597 8101

500 DELAWARE AVENUE  SUITE 200
POST OFFICE BOX 32
WILMINGTON  DE 19899 0032
TELEPHONE (302) 655 4410

June 25, 2015

Patrick F. Kennedy
Under Secretary for Management
United States Department of State
2201 C Street NW
Washington, DC 20520

Dear Under Secretary Kennedy:

I am further replying to your letter dated March 11, 2015, requesting the assistance of my client, Cheryl Mills, in meeting the requirements of the March 4, 2015 subpoena directed to Secretary Kerry and in preserving any potential federal records in Ms. Mills' custody.

Ms. Mills is in the process of providing documents in her possession to the Department of State that may potentially be federal records. Because Ms. Mills is tasked with searching through her entire personal email account over the course of several years for potential records, this process is not yet complete.

As you may know, Ms. Mills received a separate request on May 19, 2015 from the House Select Committee on Benghazi for "[a]ll documents that reflect any communication between you and any other person that refers to, relates to, or concerns the Attacks, any statement about the Attacks, or any response to the Attacks for the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Patrick F. Kennedy                                                                 2

period from September 11, 2012 through and including September 30, 2012." On June 9, 2015, the House Select Committee expanded the dates of their request to January 1, 2011 to December 30, 2012.

   We are making efforts to complete our review process as quickly as possible, but have understandably been slowed by Ms. Mills' international travel and my recent trial schedule. However, enclosed with this letter are all of the documents we have found to date that are potentially responsive to the House Select Committee's May letter. We hope to provide additional documents in Ms. Mills' possession from the broader time period on a rolling basis late next month.

                              Very truly yours,

                              Beth A. Wilkinson

**UNDER SECRETARY OF STATE**

**FOR MANAGEMENT**

**WASHINGTON**

July 31, 2015

Beth A. Wilkinson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

Dear Ms. Wilkinson:

I am writing in reference to my March 11, 2015, letter requesting that, should your client, Ms. Cheryl Mills, be aware or become aware of any federal record in her possession, she preserve and provide to the Department of State such record if there is any reason to believe that it may not otherwise be preserved in the Department's recordkeeping system. The Department appreciates your client's cooperation to date in identifying potential records and providing them to the Department.

For records management purposes, the Department asks that you and your client now take steps to return all copies of potential federal records in your possession to the Department as soon as possible. We understand that you and your client may wish to continue to have access to such documents if necessary to assist her in responding to congressional and related inquiries regarding the documents and her work at the Department. The Department is willing to permit you and your client such continued access given these ongoing inquiries. The Department can make arrangements for you and your client to access documents during regular working hours at the Department.

To the extent documents are stored electronically, we ask that you please copy them onto a digital video disc or compact disc. Once the copy has been made, please notify my office and we will arrange to pick up the storage medium. The Department asks that the documents be provided in original/native electronic format with the associated metadata. The Department's Office of Information Security (Frank Wilkins (571-345-3050)) will contact you regarding additional steps with respect to the disposition of your and/or your client's electronic copies of these documents.

Should you and your client have non-electronic copies of the documents, we ask that you box them up and notify my office so that we can arrange for their pickup.

-2-

In the event you have any questions regarding the transfer of the records to the Department, please contact the Agency Records Officer, William Fischer, at (202) 261-8369. In the meantime, I would appreciate it if you would confirm receipt of this letter in writing as soon as possible.

Sincerely,

Patrick F. Kennedy

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300

WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

202-223-7340

WRITER'S DIRECT FACSIMILE

202-204-7395

WRITER'S DIRECT E-MAIL ADDRESS

bwilkinson@paulweiss.com

August 6, 2015

By Hand

Patrick F. Kennedy
Under Secretary for Management
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Under Secretary Kennedy:

I am in receipt of your letter dated August 5, 2015 regarding requests the Department of State has been ordered to make of my client Cheryl Mills in a Freedom of Information Act case, *Judicial Watch* v. *Department of State* (D.D.C. No. 13-cv-1363).

As a preliminary matter, I want to ensure the Department knows that Ms. Mills is not presently a government employee or a party to this lawsuit. I do want to take this opportunity, however, to clarify two things on her behalf in hopes that the Department can accurately describe Ms. Mills's tenure and circumstances at the State Department.

First, Ms. Mills did not have an account on Secretary Clinton's email server. Second, Ms. Mills has not been asked previously for any records responsive to this FOIA matter. She is not in a position to know what records are responsive and she therefore assumes that the Department has provided any records that reside in Department of State files. As you know, Ms. Mills received a request from the Department of State on March 11, 2015 that she assist the Department by preserving any potential federal records in her custody. On June 25, 2015, Ms. Mills provided a subset of potential federal records in

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

her possession to the Department of State for review.  She has provided additional documents to counsel for review in response to the March 11, 2015 letter.  The review process is nearing completion and I expect to produce additional documents for the Department's review on August 10, 2015.

Sincerely,

Beth A. Wilkinson