# EXHIBIT 3

(LETTERS OF HUMA ABEDIN)

**UNDER SECRETARY OF STATE**
**FOR MANAGEMENT**
**WASHINGTON**

MAR 17 2015

Dear Ms. Abedin:

Last week, the Department of State received the attached subpoena from the Select Committee on Benghazi, requesting certain documents and communications. I am writing to request your assistance, to the extent necessary, in meeting the requirements of this subpoena and properly preserving any potential federal records that may be in your custody related to your work on any topic, at any time, as an official at the Department of State.

The Federal Records Act of 1950, as amended, 44 U.S.C. chapters 29, 31 and 33, seeks to ensure the preservation of an authoritative record of official correspondence, communications, and documentation. In *Bulletin 2013-03*, the National Archives and Records Administration (NARA) clarified records management responsibilities regarding the use of personal email accounts for official government business. NARA recommended that agencies refer to its guidance when advising incoming and departing agency employees about their records management responsibilities. This bulletin was followed by additional NARA guidance on managing email issued on September 15, 2014. See attached.

We recognize that some or all of the NARA guidance may post-date your service at the Department. Nevertheless, we bring the NARA guidance to your attention in order to ensure that the Department's records and subpoena compliance are as complete as possible. Accordingly, we ask that should you be aware or become aware in the future of a federal record in your possession, such as an email sent or received on a personal email account while serving in your official capacity at the Department, that such record be made available to the Department. In this regard, please note that diverse Department records are subject to various disposition schedules, with certain records retained permanently. We ask that a record be preserved and provided to the Department at your earliest convenience if there is any reason to believe that it may not otherwise be preserved in the Department's recordkeeping system.

Ms. Huma Abedin,

-2-

The Department is willing to provide assistance to you in this effort. In the meantime, should you have any questions regarding this request, please do not hesitate to contact William Fischer, A/GIS/IPS/RA, Agency Records Officer, at (202) 261-8369.

We greatly appreciate your consideration of and assistance with this matter and ask that you respond in writing by March 18, 2015 as to whether you are aware of any potential federal records that may be in your custody related to your work on any topic, at any time, as an official at the Department of State. We would also greatly appreciate knowing when you will be able to provide any records to the Department.

Sincerely,

Patrick F. Kennedy

Attachments: (4)
1. Subpoena
2. 44 USC 3301
3. NARA Bulletin 2013-03
4. NARA Bulletin 2014-06

cc: William Fischer

June 29, 2015

Patrick F. Kennedy
Under Secretary for Management
United States Department of State
2201 C Street, NW
Washington, DC 20520

Dear Under Secretary Kennedy:

We are writing in reply to your letter, dated March 11, 2015, requesting Ms. Huma Abedin's assistance in responding to a subpoena directed to Secretary John Kerry from the House Select Committee on Benghazi and in preserving any potential federal records in her possession relating to her work with the Department from 2009 to 2013. Ms. Abedin and we seek to be as helpful as possible and are working diligently to collect the documents requested.

As you may already know, our ability to respond unfortunately was slowed by circumstances beyond Ms. Abedin's control. The Department's initial correspondence, sent by mail and dated March 11, 2015, was returned undelivered to the Department on April 17, 2015. Similarly, we understand that your office attempted to send an electronic mail copy of that letter to Ms. Abedin, but that email was sent to domains (@clinton.senate.gov and @hillaryclinton.com) that, as of March 2015, had not been active for the past several years.

Your request ultimately reached Ms. Abedin through counsel on May 19, 2015, when we received your letter via mail, along with the returned envelope and a cover note dated May 12, 2015 explaining that the letter had been returned undelivered. As a consequence, Ms. Abedin received the Department's request for documents more than two months after it was initially intended to reach her.

On the same day that we received the Department's letter requesting the assistance of our client, we received a request directed to Ms. Abedin from the House Select Committee on Benghazi for "documents that reflect any communication between Huma Abedin and any other person that refers to, relates to, or concerns the Attacks, any statement about the Attacks, or any response to the Attacks for the period from September 11, 2012 through and including September 30, 2012."

On June 1, 2015, the Select Committee sent a letter superseding its earlier request to Ms. Abedin. The Committee's June 1 letter expanded the dates of its request to January 1, 2011 to December 31, 2012, as well as the scope of its request, to include "any and all documents and communications sent or received by [Ms. Abedin] from any and all non-State Department email address(es) she utilized, referring or relating to a) Libya (including but not limited to Benghazi and Tripoli), and/or b) weapons located or found in, imported or brought into, and/or exported or removed from Libya."

Since we received the Department's and the Committee's requests on May 19, we have been working diligently to respond. Of course, the delay in receipt of the Department's request and

Patrick F. Kennedy
Page 2 of 2
June 29, 2015

the simultaneous receipt of the Committee's request, subsequently expanded in date and scope, may mean that this process will take longer that the Department initially may have hoped. Nevertheless, we are on track to provide the Department documents responsive to the Select Committee's June 1, 2015 letter within the next several weeks and hope to work closely with the Department on a timetable for providing any other potential federal records in Ms. Abedin's possession.

We also understand that the Department is defending a lawsuit brought under the Freedom of Information Act (FOIA) regarding a request for a) copies of any updates and/or talking points given to Ambassador Rice by the White House or any federal agency concerning, regarding, or related to the September 11, 2012 attack on the U.S. consulate in Benghazi, Libya; and b) any and all records or communications concerning, regarding, or relating to talking points or updates on the Benghazi attack given to Ambassador Rice by the White House or any federal agency. To date, in the course of our review, we have not identified documents responsive to this FOIA request.

Sincerely,

/s/ Karen L. Dunn
Karen L. Dunn
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

/s/ Miguel E. Rodriguez
Miguel E. Rodriguez
Bryan Cave LLP
1155 F Street, NW
Washington, DC 20004

July 9, 2015

**By Hand Delivery**

Patrick F. Kennedy
Under Secretary for Management
United States Department of State
2201 C Street NW
Washington, DC 20520

Dear Under Secretary Kennedy:

We write in reply to your request for Ms. Huma Abedin's assistance in responding to a subpoena directed to Secretary John Kerry from the House Select Committee on Benghazi and in preserving any potential federal records in her possession relating to her work with the Department from 2009 to 2013.

As you know, Ms. Abedin and we have been diligently working to provide documents in response to a separate request from the Select Committee for "any and all documents and communications sent or received by [Ms. Abedin] from any and all non-State Department email address(es) she utilized, referring or relating to a) Libya (including but not limited to Benghazi and Tripoli), and/or b) weapons located or found in, imported or brought into, and/or exported or removed from Libya." The materials requested by the Select Committee, which relate to her work activities on behalf of the Department, are naturally a subset of those the Department has requested.

Enclosed herewith are documents identified by Ms. Abedin as responsive or potentially responsive to the Select Committee's request and therefore also to your request. As you may know, we alerted the Department earlier this week to expect this production and made the Department aware that the Select Committee has set a July 13, 2015 return date on its request to Ms. Abedin. We understand that the Department will conduct a privilege, privacy, and departmental review and, in turn, provide materials to the Select Committee. Inevitably, and due to Ms. Abedin's desire to be as helpful as possible, this production will include documents or portions of documents that are not federal records.

Finally, we have notified the Department that we are continuing to work on gathering the larger set of documents responsive to your broader request for potential federal records in Ms. Abedin's possession. We look forward to working with Department on a timetable and process for providing those additional documents.

Sincerely,

Karen L. Dunn
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

Miguel E. Rodriguez
Bryan Cave LLP
1155 F Street, NW
Washington, DC 20004

**UNDER SECRETARY OF STATE**

**FOR MANAGEMENT**

**WASHINGTON**

July 31, 2015

Karen L. Dunn
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

Miguel E. Rodriguez
Bryan Cave LLP
1155 F Street, NW
Washington, DC 20004

Dear Ms. Dunn and Mr. Rodriguez:

I am writing in reference to my March 11, 2015, letter requesting that, should your client, Ms. Huma Abedin, be aware or become aware of any federal record in her possession, she preserve and provide to the Department of State such record if there is any reason to believe that it may not otherwise be preserved in the Department's recordkeeping system. The Department appreciates your client's cooperation to date in identifying potential records and providing them to the Department.

For records management purposes, the Department asks that you and your client now take steps to return all copies of potential federal records in your possession to the Department as soon as possible. We understand that you and your client may wish to continue to have access to such documents if necessary to assist her in responding to congressional and related inquiries regarding the documents and her work at the Department. The Department is willing to permit you and your client such continued access given these ongoing inquiries. The Department can make arrangements for you and your client to access documents during regular working hours at the Department.

To the extent documents are stored electronically, we ask that you please copy them onto a digital video disc or compact disc. Once the copy has been made, please notify my office and we will arrange to pick up the storage medium. The Department asks that the documents be provided in original/native electronic format with the associated metadata. The Department's Office of Information Security (Frank Wilkins (571-345-3050)) will contact you regarding additional steps with respect to the disposition of your and/or your client's electronic copies of these documents.

-2-

Should you and your client have non-electronic copies of the documents, we ask that you box them up and notify my office so that we can arrange for their pickup.

In the event you have any questions regarding the transfer of the records to the Department, please contact the Agency Records Officer, William Fischer, at (202) 261-8369. In the meantime, I would appreciate it if you would confirm receipt of this letter in writing as soon as possible.

Sincerely,

Patrick F. Kennedy

August 6, 2015

**By Email**

Patrick F. Kennedy
Under Secretary for Management
United States Department of State
2201 C Street, NW
Washington, DC 20520

Dear Under Secretary Kennedy:

We write to ensure that there is clarity about Ms. Abedin's considerable efforts and diligence in complying with your request dated March 11, 2015, which seeks Ms. Abedin's assistance in meeting the requirements of a subpoena to Secretary John Kerry from the House Select Committee on Benghazi ("Committee"), and in properly preserving any potential federal records in Ms. Abedin's possession. Because we believe it is important to accurately represent the status of Ms. Abedin's productions to the Department, we request that the Department share this correspondence, or the details contained herein, with parties asking about her cooperation.

As we explained in our June 29, 2015 letter to you, Ms. Abedin's initial ability to respond was impeded by the Department's failure to ensure that the request timely reached Ms. Abedin. Your March 11, 2015 letter was sent by mail to an incorrect address and returned undelivered to the Department on April 17, 2015. Over one month later, on May 19, 2015 we received your letter via mail, along with the returned envelope (indicating the April 17, 2015 date) and a cover note dated May 12, 2015 explaining that the letter had been returned undelivered. Similarly, we understand that your office attempted to send an email copy of the March 11, 2015 letter to Ms. Abedin, but that the email was sent to two email addresses that had not been active for years, an old United States Senate email address (@clinton.senate.gov) and an old email address associated with Former Secretary Clinton's 2008 Presidential campaign (@hillaryclinton.com).

As a consequence of the Department's three failed delivery attempts, Ms. Abedin received the Department's request for documents more than two months after it was intended to reach her. Immediately upon receiving the Department's request, Ms. Abedin began taking steps to respond and since that time has been working expedtiously to provide documents to the Department. It should go without saying that there is nothing she could have done prior to May 19, 2015, given that no one at the Department reached out to Ms. Abedin or her counsel regarding your March 11, 2015 letter request.

Notwithstanding this, Ms. Abedin has already made an initial production of potential federal records to the Department. We prioritized the request of the Department for assistance in complying with the Committee's subpoena to Secretary Kerry for Ms. Abedin's documents and emails broadly relating to Libya, in part because we understand the Department has been working to provide such documents to the Committee since the Committee first requested them of the Department in 2014. On July 9, Ms. Abedin produced to the Department 338 pages of

Patrick F. Kennedy
Page 2 of 2
August 6, 2015

potential federal records in her possession that are potentially responsive to the Committee's subpoena to the Department.

We have been working expeditiously to gather the remaining materials in Ms. Abedin's posession that are responsive or potentially responsive to your request. Despite the Department's delay in delivering that request, because of Ms. Abedin's diligence and expeditious review, we expect to be able to make a production on August 7 and a final production on or before August 28.

Please let us know if you have any questions. We look forward to our continued cooperation with the Department.

Sincerely,

*/s/ Karen L. Dunn*      */s/ Miguel E. Rodriguez*
Karen L. Dunn      Miguel E. Rodriguez
Boies, Schiller & Flexner LLP      Bryan Cave LLP
5301 Wisconsin Avenue, NW      1155 F Street, NW
Washington, DC 20015      Washington, DC 20004


cc:    Richard Visek
       Office of the Legal Adviser