# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>　　　　*Plaintiff*, )<br>)<br>v. )<br>　　　　　　　　　　　　　　　　　)<br>)<br>DEPARTMENT OF STATE, )<br>)<br>　　　　*Defendant*. ) | Civil Action No. 14-1242 (RCL) |

### **[PROPOSED] ORDER**

Upon consideration of Judicial Watch's Motion to Allow Time for Limited Discovery Pursuant to Rule 56(d), any opposition thereto, and reply in support hereof, any oral argument and the record herein, it is hereby

ORDERED that Judicial Watch's Motion to Allow Time for Limited Discovery Pursuant to Rule 56(d) is **GRANTED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Cc:　　All counsel of record