UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. *Plaintiff,* v. U.S. DEPARTMENT OF STATE, *Defendant.* | Civil Action No. 14-cv-1242 (RCL) |

### ~~PROPOSED~~ ORDER

Upon consideration of Defendant's Unopposed Motion [32] for Leave to File Surreply, and of all materials submitted in relation thereto, it is hereby:

**ORDERED** that defendant's motion is **GRANTED**. Defendant may file the surreply attached to its motion.

_12/31/15_
Date

_Royce C. Lamberth_
Royce C. Lamberth, United States District Judge