IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 14-1242 (RCL) |
| ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
| *Defendant.* ) | |

### [~~PROPOSED~~] ORDER [1/2/13]

Upon consideration of Judicial Watch's Motion for a Status Conference and to Shorten Defendant's Time to File any Response or Opposition Within Four Business Days, any opposition or response thereto, and the record herein, it is hereby:

ORDERED that Judicial Watch's Motion for a Hearing is ~~being reviewed on an expedited basis~~ *DENIED*; and it if further

ORDERED that the Department of State's response or opposition, ~~if any, will be due~~ *was filed on* Friday, March 20, 2015; and it is further

ORDERED that Judicial Watch's Motion for a Hearing is ~~GRANTED, and it is further~~ *DENIED.*

*The Court will now turn to plaintiff's Motion [22] for discovery.*

~~ORDERED that a status conference will be held on ___ day of March, 2015 at ___.~~

Dated: 1/29/16

_____
Royce C. Lamberth
U.S. District Court Judge

Cc: All counsel of record

1