UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Case No. 14-1242 (RCL) |

### ORDER

Upon consideration of the Motion to Stay Case in Light of Lapse of Appropriations [ECF No. 66], and for good cause shown and the entire record herein, it is hereby

ORDERED that defendant's motion is GRANTED;

ORDERED that this action is stayed until appropriations are restored to the Department of Justice and the Department of State;

ORDERED that all pending deadlines in this action are hereby extended for a period of time equal to the calendar day duration of the lapse in appropriations;

ORDERED that defendant shall file a status report within five (5) calendar days after Congress has appropriated funds for the above noted agencies notifying the parties and the Court that the lapse has ceased and what defendant understands to be the new deadlines for pending matters consistent with the extension granted above.

It is **SO ORDERED**.

Date: January 17, 2019

_____
Royce C. Lamberth
United States District Judge