**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 14-cv-1242 (RCL) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION**
**TO DEPOSE NON-PARTY BENJAMIN RHODES**

Defendant United States Department of State ("State" or "State Department") respectfully submits this opposition to Plaintiff's Motion to Depose Non-Party Benjamin Rhodes, ECF No. 73 ("Pl.'s Mot.").

Despite Plaintiff's claim that it "does not seek to relitigate the Court's prior decision to authorize service of interrogatories on Benjamin Rhodes" but not to authorize his deposition, Pl.'s Mot. at 1, that result is precisely what Plaintiff seeks to accomplish through the filing of its Motion to Depose him. Plaintiff notes that, to date, both it and the State Department have been unable to contact Mr. Rhodes. *Id.* But Plaintiff also concedes that it (unlike the State Department) knows how to locate him, *see id.* ¶ 5 (referencing "a known address for Mr. Rhodes"), and the fact that Plaintiff has been unsuccessful to date in *contacting* Mr. Rhodes is nothing a Rule 45 subpoena for deposition testimony will solve. Such a subpoena—like interrogatories—would have to be served on Mr. Rhodes to be effective, and it appears from Judicial Watch's motion that it already has sufficient information to effect service.

Plaintiff appears to suggest that Defendant shares in responsibility for serving Mr. Rhodes, stating in its motion that "DOJ has not stated that it cannot locate Mr. Rhodes; it simply states that it has not been able to 'contact' him." *Id.* ¶ 10. To the extent Judicial Watch believes that counsel for the government intended to draw a distinction between its inability to "locate" Mr. Rhodes and its inability to "contact" him, counsel for Judicial Watch is mistaken. The government has not been able either to "locate" or "contact" Mr. Rhodes, despite having made several good-faith attempts to do so in an effort to assist Plaintiff, as a courtesy. Ultimately, however, it is Plaintiff's responsibility to locate and serve any discovery on any third-party witness who does not currently work for the federal government. Counsel for the government attempted to assist Judicial Watch in that process with respect to former government employees, and Judicial Watch agrees that with respect to every other such witness, that assistance has proceeded without incident. *See id.* ¶ 2 ("DOJ has contacted and is making arrangements for service of interrogatories for everyone except Mr. Rhodes."). But, ultimately, the burden to locate and serve Mr. Rhodes—who has never worked for the State Department, and who does not now work for the government—falls on Judicial Watch. And that is so whether Judicial Watch is attempting to serve interrogatories, a Rule 45 subpoena, or any form of discovery.

Judicial Watch also suggests that "Mr. Rhodes appears to be defying the Court's order." *Id.* at 1. But the facts presented by Judicial Watch are equally consistent with the possibility that neither Judicial Watch nor the government has up-to-date contact information for Mr. Rhodes; or that, for whatever reason, Mr. Rhodes has not received Judicial Watch's inquiries. Judicial Watch's motion, certainly, does not include sufficient evidence for the Court to draw any contrary conclusion, and in fact is accompanied by no evidence at all—only counsel's high-level summary

of the efforts apparently taken thus far.  It appears, for example, that Judicial Watch has not taken the routine step of hiring a process server to accomplish this clerical task on its behalf.

Judicial Watch's motion should be denied.

Dated: March 20, 2019                                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

ROBERT J. PRINCE (D.C. Bar No. 975545)
Senior Trial Counsel

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendant*