**Prince, Robert (CIV)**

| | |
|---|---|
| **From:** | Lauren Burke <lburke@JUDICIALWATCH.ORG> |
| **Sent:** | Friday, May 10, 2019 9:57 PM |
| **To:** | Prince, Robert (CIV) |
| **Cc:** | Ramona Cotca; Pezzi, Stephen (CIV) |
| **Subject:** | Re: Judicial Watch v. State 14-1242 |

Yes.

Lauren M. Burke
Attorney
Judicial Watch
425 Third St., SW, Ste. 800
Washington, D.C. 20024
202-646-5194
lburke@judicialwatch.org

On May 10, 2019, at 8:54 PM, Prince, Robert (CIV) <Robert.Prince@usdoj.gov> wrote:

> Then should I note you oppose when I file?
>
> **Robert Prince**
> *Senior Trial Counsel*
> U.S. Department of Justice, Civil Division
> Federal Programs Branch
>
> (202) 305-3654
>
> On May 10, 2019, at 7:25 PM, Lauren Burke <lburke@judicialwatch.org> wrote:
>
>> Rob - As I stated yesterday, Plaintiff will agree to a limited protective order. However, the burdens imposed by the terms in Defendant's currently proposed Protective Order are not acceptable to Plaintiff.
>>
>> We will not agree to a joint motion that includes the Protective Order in its proposed form.
>>
>> Lauren M. Burke
>> Attorney
>> Judicial Watch
>> 425 Third St., SW, Ste. 800
>> Washington, D.C. 20024
>> 202-646-5194
>> lburke@judicialwatch.org
>>
>> On May 10, 2019, at 2:08 PM, Prince, Robert (CIV) <Robert.Prince@usdoj.gov> wrote:
>>
>>> Lauren,

Thank you for your email. I have accepted your change in paragraph 2. I have also accepted your edit to paragraph 3, but I added a clause making it clear that disclosures to the Court will be made according to the procedures described in paragraph 6.

However, the Government cannot agree to removing the standard provisions relating to signed acknowledgements and certification of return or destruction of protected information after the end of this litigation (including all appeals). Signed acknowledgement is necessary to ensure that recipients of the protected information agree to abide by the protective order and understand that the order will be enforced by the Court. Certification after this litigation ends is necessary to ensure continued confidentiality of the protected information and to provide a means to account for outstanding copies of protected information.

Both provisions are ubiquitously proposed and agreed to in litigation of all stripes where information is provided subject to a protective order. Nor is there a significant administrative burden.

I've attached a redline showing our changes to the version you sent to us yesterday. Please let me know if you wish to discuss further. I will be around today until 5 PM.

Best,

Rob

**From:** Lauren Burke <lburke@JUDICIALWATCH.ORG>
**Sent:** Friday, May 10, 2019 11:09 AM
**To:** Prince, Robert (CIV) <RPrince@civ.usdoj.gov>; Ramona Cotca <rcotca@JUDICIALWATCH.ORG>
**Cc:** Pezzi, Stephen (CIV) <spezzi@CIV.USDOJ.GOV>
**Subject:** RE: Judicial Watch v. State 14-1242

==Rob – as long as the protective order is limited in its terms, and our client is comfortable doing so, we are open to a joint motion.==

Lauren M. Burke
Attorney
Judicial Watch
425 Third St., SW, Ste. 800
Washington, D.C. 20024
202-646-5194
lburke@judicialwatch.org

**From:** Prince, Robert (CIV) <Robert.Prince@usdoj.gov>
**Sent:** Thursday, May 9, 2019 6:14 PM
**To:** Lauren Burke <lburke@JUDICIALWATCH.ORG>; Ramona Cotca <rcotca@JUDICIALWATCH.ORG>
**Cc:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Subject:** RE: Judicial Watch v. State 14-1242

Lauren,

Thank you for your email below. We're looking at your edits to the protective order and will get back to you as soon as possible on those.

In the meantime, do you envision this as joint motion?

Thanks,

Rob

---

**From:** Lauren Burke <lburke@JUDICIALWATCH.ORG>
**Sent:** Thursday, May 09, 2019 4:45 PM
**To:** Prince, Robert (CIV) <RPrince@civ.usdoj.gov>; Ramona Cotca <rcotca@JUDICIALWATCH.ORG>
**Cc:** Pezzi, Stephen (CIV) <spezzi@CIV.USDOJ.GOV>
**Subject:** RE: Judicial Watch v. State 14-1242

Rob – Thank you for taking the time today to discuss this matter with us.

Plaintiff will agree to a limited Protective Order to provide the Government a level of comfort in order to adequately respond to Interrogatory One.

==The Acknowledgment Form attached to the Government's proposed Protective Order and related provisions requiring certification that the information will remain protected as agreed by the parties and ordered by the Court are unnecessary and only serve to create an administrative hassle. Plaintiff does not agree to inclusion of these terms.==

I have modified the proposed Protective Order you provided to reflect the issues raised above and attached here a draft with Plaintiff's red-line edits for your review.

Please don't hesitate to call if there are any issues or questions regarding the modified proposed Protective Order.

Thanks again for your continued cooperation on this matter.

Lauren M. Burke
Attorney
Judicial Watch
425 Third St., SW, Ste. 800
Washington, D.C. 20024
202-646-5194
lburke@judicialwatch.org

---

**From:** Prince, Robert (CIV) <Robert.Prince@usdoj.gov>
**Sent:** Wednesday, May 1, 2019 6:07 PM
**To:** Ramona Cotca <rcotca@JUDICIALWATCH.ORG>; Lauren Burke <lburke@JUDICIALWATCH.ORG>; Jim Peterson

<JPeterson@JUDICIALWATCH.ORG>; Michael Bekesha <MBekesha@JUDICIALWATCH.ORG>
**Cc:** Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>
**Subject:** RE: Judicial Watch v. State 14-1242

Ramona,

Attached is State's amended response to Interrogatory One. As you will see when you review the amended response, State has now located the requested information and is willing to produce it, pursuant to an appropriate protective order.

A proposed protective order is attached. That protective order allows use and disclosure of the information for purposes of this litigation within broad limits, provided certain protective measures are taken. Motions for such protective orders are often filed jointly in these circumstances, and we believe doing so here would allow us to get you the requested information in the most expeditious manner.

We are available to discuss further at your convenience, and look forward to your thoughts.

Best,

Rob

**Robert Prince**
*Senior Trial Counsel*
U.S. Department of Justice, Civil Division
Federal Programs Branch

(202) 305-3654

*The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and contains information that is confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.*

<JW v State 14-1242 Proposed Protective Order v07 redline to JW.docx>