# EXHIBIT 1

Withheld For Privilege

DOS_00000897

Withheld For Privilege

DOS_00000901

Withheld For Privilege

DOS_00001040