# EXHIBIT 2

UNCLASSIFIED U.S. Department of State  Case No. F-2016-01402  Doc No. C06104375  Date: 08/29/2016
Obtained by Judicial Watch, Inc. Via FOIA

RELEASE IN PART B5

**Smilansky, Gene**

| | |
|---|---|
| From: | Smilansky, Gene |
| Sent: | Friday, August 08, 2014 5:46 PM |
| To: | Bair, James P; Keller, Andrew N |
| Subject: | |
| Attachments: | |

B5

Categories:          2, 1

B5

We should discuss next week.

SBU
This email is UNCLASSIFIED.

From: Bair, James P
Sent: Friday, August 08, 2014 4:21 PM
To: Keller, Andrew N; Smilansky, Gene
Subject: Fw:

From: Finney, Clarence N
Sent: Friday, August 08, 2014 04:19 PM
To: Bair, James P
Cc: Wasser, Jonathon D; Finney, Clarence N
Subject: Former Secretary E-Mail Account.

Jamie,

B5

Clarence

Clarence N. Finney Jr.
Deputy Director, Executive Secretariat Staff (S/ES-S)
(202) 647-3574 (office)

1

UNCLASSIFIED U.S. Department of State  Case No. F-2016-01402  Doc No. C06104375  Date: 08/29/2016

C06104375

## Smilansky, Gene

| | |
|---|---|
| **From:** | Smilansky, Gene |
| **Sent:** | Friday, August 08, 2014 5:46 PM |
| **To:** | Bair, James P; Keller, Andrew N |
| **Subject:** | RE: Former Secretary E-Mail-Account |
| **Attachments:** | ██████████████████████████████████ |

**Categories:** 2, 1

███████████████████████████████████████████████ We should discuss next week.

SBU
This email is UNCLASSIFIED.

---

**From:** Bair, James P
**Sent:** Friday, August 08, 2014 4:21 PM
**To:** Keller, Andrew N; Smilansky, Gene
**Subject:** Fw: Former Secretary E-Mail Account

---

**From:** Finney, Clarence N
**Sent:** Friday, August 08, 2014 04:19 PM
**To:** Bair, James P
**Cc:** Wasser, Jonathon D; Finney; Clarence N
**Subject:** Former Secretary E-Mail Account.

Jamie,

███████████████████████████████████████████████

Clarence

Clarence N. Finney Jr.
Deputy Director, Executive Secretariat Staff (S/ES-S)
(202) 647-3574 (office)

1

DOS_00000897_0001