# EXHIBIT 3

UNCLASSIFIED U.S. Department of State Case No. F-2016-01402 Doc No. C06105336 Date: 10/28/2016

RELEASE IN PART B5

### Smilansky, Gene

| | |
|---|---|
| From: | Smilansky, Gene |
| Sent: | Wednesday, May 01, 2013 2:47 PM |
| To: | Walter, Sheryl L; Finnegan, Karen M; Davis, Jonathan E |
| Subject: | RE: F-2012-40981 - [ ] Clinton's e-mail |
| Categories: | 2, 1 |
| AttachmentsClassification: | |
| | UNCLASSIFIED |
| Classification: | UNCLASSIFIED |
| SensitivityCode: | Sensitive |
| SMARTCategory: | Working |

B5

SBU
This email is UNCLASSIFIED.

---

From: Walter, Sheryl L
Sent: Wednesday, May 01, 2013 2:38 PM
To: Smilansky, Gene; Finnegan, Karen M; Davis, Jonathan E
Subject: RE: F-2012-40981 - [ ] Clinton's e-mail

Thanks. [ ]

SBU
This email is UNCLASSIFIED.

---

From: Smilansky, Gene
Sent: Wednesday, May 01, 2013 2:04 PM
To: Walter, Sheryl L; Finnegan, Karen M; Davis, Jonathan E
Subject: RE: F-2012-40981 - [ ] Clinton's e-mail

B5

Best,

1

C06105336

### Smilansky, Gene

| | |
|---|---|
| From: | Smilansky, Gene |
| Sent: | Wednesday, May 01, 2013 2:47 PM |
| To: | Walter, Sheryl L; Finnegan, Karen M; Davis, Jonathan E |
| Subject: | RE: F-2012-40981 - WH & S/Clinton's e-mail |
| Categories: | 2, 1 |
| AttachmentsClassification: | UNCLASSIFIED |
| Classification: | UNCLASSIFIED |
| SensitivityCode: | Sensitive |
| SMARTCategory: | Working |

SBU
This email is UNCLASSIFIED.

---

From: Walter, Sheryl L
Sent: Wednesday, May 01, 2013 2:38 PM
To: Smilansky, Gene; Finnegan, Karen M; Davis, Jonathan E
Subject: RE: F-2012-40981 - WH & S/Clinton's e-mail

Thanks.

SBU
This email is UNCLASSIFIED.

---

From: Smilansky, Gene
Sent: Wednesday, May 01, 2013 2:04 PM
To: Walter, Sheryl L; Finnegan, Karen M; Davis, Jonathan E
Subject: RE: F-2012-40981 - WH & S/Clinton's e-mail



Best,

1