# EXHIBIT 4

UNCLASSIFIED U.S. Department of State Case No. F-2015-07395 Doc No. C06124618 Date: 11/09/2016

## Martinez, Daphne

| | |
|---|---|
| **From:** | Grafeld, Margaret P |
| **Sent:** | Monday, October 20, 2014 10:18 AM |
| **To:** | Stein, Eric F; Hackett, John; Fischer, William P; Houser-Jackson, Celeste |
| **Subject:** | Fw: SBU:Re: Dear rep.docx |

RELEASE IN PART
B5

Fyi. I'd prefer to discuss, rather than email. Thx.

---

**From:** GrafeldMP@state.gov
**Sent:** Monday, October 20, 2014 10:17 AM
**To:** Duval, Catherine S; Visek, Richard C; Austin-Ferguson, Kathleen T; Teplitz, Alaina B
**Subject:** SBU:Re: Dear rep.docx

Sensitive But Unclassified

Perhaps this is best discussed at our next meeting.   B5

Peggy

**From:** Duval, Catherine S
**Sent:** Monday, October 20, 2014 9:48 AM
**To:** Visek, Richard C; Austin-Ferguson, Kathleen T; Grafeld, Margaret P; Teplitz, Alaina B
**Subject:** RE: Dear rep.docx

Did we make a decision in who should be the contact?

SBU
This email is UNCLASSIFIED.

---

**From:** Visek, Richard C
**Sent:** Friday, October 17, 2014 5:04 PM
**To:** Austin-Ferguson, Kathleen T; Grafeld, Margaret P; .Duval, Catherine S; Teplitz, Alaina B
**Subject:** FW: Dear rep.docx

See below from Clarence about being Department's POC for reps of former secretaries.

**From:** Macmanus, Joseph E
**Sent:** Friday, October 17, 2014 2:54 PM
**To:** Visek, Richard C
**Cc:** SES_4; Carlson, MaryKay L; Stana, Katie; Finney, Clarence N
**Subject:** RE: Dear rep.docx

REVIEW AUTHORITY: Sharon Ahmad, Senior Reviewer

This is a good point.

1

UNCLASSIFIED U.S. Department of State Case No. F-2015-07395 Doc No. C06124618 Date: 11/09/2016

UNCLASSIFIED  U.S. Department of State  Case No. F-2015-07395  Doc No. C06124618  Date: 11/09/2016

**From:** Finney, Clarence N
**Sent:** Friday, October 17, 2014 2:12 PM
**To:** Macmanus, Joseph E
**Cc:** SES_4; Carlson, MaryKay L; Stana, Katie
**Subject:** RE: Dear rep.docx

Joe,

B5

I will be forwarding my concurrence with exception noted. If you should have questions, I'm available to discuss.

Clarence

**From:** Visek, Richard C
**Sent:** Friday, October 17, 2014 10:08 AM
**To:** Finney, Clarence N
**Cc:** Macmanus, Joseph E
**Subject:** FW: Dear rep.docx

2

UNCLASSIFIED  U.S. Department of State  Case No. F-2015-07395  Doc No. C06124618  Date: 11/09/2016

**From:** Visek, Richard C
**Sent:** Friday, October 17, 2014 5:04 PM
**To:** Austin-Ferguson, Kathleen T; Grafeld, Margaret P; Duval, Catherine S; Teplitz, Alaina B
**Subject:** FW: Dear rep.docx

**From:** Macmanus, Joseph E
**Sent:** Friday, October 17, 2014 2:54 PM
**To:** Visek, Richard C
**Cc:** SES_4; Carlson, MaryKay L; Stana, Katie; Finney, Clarence N
**Subject:** RE: Dear rep.docx

This is a good point.

**From:** Finney, Clarence N
**Sent:** Friday, October 17, 2014 2:12 PM
**To:** Macmanus, Joseph E
**Cc:** SES_4; Carlson, MaryKay L; Stana, Katie
**Subject:** RE: Dear rep.docx

Joe,



1

[redacted] If you should have questions, I'm available to discuss.

Clarence

---

**From:** Visek, Richard C
**Sent:** Friday, October 17, 2014 10:08 AM
**To:** Finney, Clarence N
**Cc:** Macmanus, Joseph E
**Subject:** FW: Dear rep.docx

Clarence – Attached is the draft of the letter from M to reps of former secretaries advising them of recent NARA guidance and enlisting their support. [redacted] We're going to have M sign the letters given his role as Senior Agency Official for records. Regards, Rich