UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>        Defendant. | Case No. 1:14-cv-1242-RCL |

## NON-PARTY SECRETARY OF STATE HILLARY RODHAM CLINTON'S UNOPPOSED MOTION TO INTERVENE

Former Secretary of State Hillary Rodham Clinton, by undersigned counsel, respectfully moves to intervene as a party in this case pursuant to Rule 24(b) of the Federal Rules of Civil Procedure. Undersigned counsel has complied with Local Civil Rule 7(m), and counsel for Judicial Watch and counsel for the State Department do not oppose Secretary Clinton's intervention.

As the former Secretary of State and a non-party from whom Judicial Watch seeks discovery, Secretary Clinton shares a "claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B).[1] This Court has permitted intervention under Rule 24(b) where, as here, the defendant and potential intervenor hold similar legal positions. *100ReportersLLC v. DOJ*, 307 F.R.D. 269, 286 (D.D.C. 2014). Because Secretary Clinton is no

---

[1] Specifically, the Court has permitted discovery into Secretary Clinton's use of a private email server. Jan. 15, 2019 Mem. & Order at 1, ECF No. 65.

2

longer a government official, it would be appropriate for personal counsel to represent her in this matter.

Secretary Clinton's intervention at this time would not prejudice Judicial Watch or the State Department, as indicated by both parties' consent to this motion. *See* Fed. R. Civ. P. 24(b)(3).

Dated:  August 20, 2019

/s/ *David E. Kendall*
David E. Kendall (D.C. Bar No. 252890)
Katherine Turner (D.C. Bar No. 495528)
Stephen Wohlgemuth (D.C. Bar No. 1027267)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dkendall@wc.com
kturner@wc.com
swohlgemuth@wc.com

*Attorneys for Secretary Clinton*

**CERTIFICATE OF SERVICE**

I, David E. Kendall, counsel for non-party Hillary Rodham Clinton, certify that, on August 20, 2019, a copy of this motion was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

/s/ *David E. Kendall*
David E. Kendall