AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Judicial Watch, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14-cv-1242 |
| U.S. Department of State ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hillary Rodham Clinton

Date:    08/21/2019

*Attorney's signature*

David E. Kendall (D.C. Bar No. 252890)
*Printed name and bar number*

Wiliams & Connolly LLP
725 12th Street NW
Washington, DC 20005

*Address*

dkendall@wc.com
*E-mail address*

(202) 434-5145
*Telephone number*

(202) 434-5029
*FAX number*