IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | No. 14-cv-1242 (RCL) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephen L. Wohlgemuth of Williams & Connolly LLP hereby enters his appearance on behalf of Intervenor Hillary Rodham Clinton in the above-captioned matter.

Dated: October 4, 2019

                                              Respectfully submitted,

                                              /s/ Stephen L. Wohlgemuth
                                              Stephen L. Wohlgemuth (D.C. Bar No. 1027267)
                                              WILLIAMS & CONNOLLY LLP
                                              725 Twelfth Street, N.W.
                                              Washington, DC 20005
                                              Telephone: (202) 434-5000
                                              Facsimile: (202) 434-5029
                                              swohlgemuth@wc.com

                                              *Counsel for Intervenor Hillary Rodham Clinton*