**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 14-cv-1242 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) | |
| *Defendant*. | ) | |

**PLAINTIFF'S MOTION TO STRIKE, OR, IN THE**
**ALTERNATIVE, FOR LEAVE TO FILE SURREPLY**

Plaintiff Judicial Watch, Inc., by and through counsel, respectfully moves this Court to strike Intervenor Hillary Rodham Clinton's ("Secretary Clinton") unauthorized Corrected Reply in Support of Her Opposition to Plaintiff's Request for a Deposition (ECF No. 147), or, in the alternative, for leave to file the attached Surreply.[1]  *See* Intervenor Hillary Rodham Clinton's Corrected Reply in Support of her Opposition to Plaintiff's Request for a Deposition ("Corrected Reply") (ECF No. 147).

Statement of Points and Authorities

1.    The Court's August 22, 2019 order permitted the following two filings in connection with Plaintiff's request for the deposition of Secretary Clinton.  *See* Court's Aug. 22, 2019 Order (ECF No. 135.); Plaintiff's Status Report, pp. 13-15 (ECF No. 131).  First, the Court

---

[1]    Yesterday, Secretary Clinton also filed a Reply in Support of Her Opposition to Plaintiff's Request for a Deposition (ECF No. 146).  Pursuant to email and telephone communication with Secretary Clinton's counsel today, Plaintiff understands that Secretary Clinton will seek leave to withdraw and have the original Reply removed from the docket due to certain information contained in Exhibit A attached thereto that is protected under this Court's Protective Order entered on June 10, 2019 (ECF No. 116).  Therefore, Plaintiff responds only to the Corrected Reply.

1

permitted Secretary Clinton "to have until September 23, 2019 to oppose [Plaintiff's] discovery" "described in [Plaintiff's] August 21, 2019 status report [131]." ECF No. 135. Second, the Court permitted Plaintiff to file its Reply by October 3, 2019. *Id.* Secretary Clinton and Plaintiff have each filed their respective briefs according to the Court's order. *See* Intervenor Hillary Rodham Clinton's Opposition to Plaintiff's Request for a Deposition ("Clinton's Opposition") (ECF No. 143) and Plaintiff's Combined Reply in Support of Request for Hillary Rodham Clinton's and Cheryl D. Mills' Depositions ("Plaintiff's Reply") (ECF No. 144).

2. Yesterday, October 10, 2019, Secretary Clinton submitted the Corrected Reply in support of her opposition to Plaintiff's request for her deposition. Secretary Clinton's Corrected Reply reasserts the same arguments already made in her original opposition. *See* Sec. Clinton's Corrected Reply and Opposition Corrected Reply at p. 1 (ECF Nos. 143 and 147).

3. Secretary Clinton's Corrected Reply is an unauthorized filing and should be stricken from the record. While Secretary Clinton styled her filing as a reply, it is, in essence, a surreply because the rules of this Court only permit *movants* to file replies. LCvR 7 (d). Here, Plaintiff is the movant requesting Secretary Clinton's deposition and the Court's order clearly identifies Plaintiff as the moving party who is permitted to file a reply. *See* Aug. 22, 2019 Order (ECF No. 135). Regardless, this Court does not permit filings of surreplies as a matter of right and the Court's August 22, 2019 order did not grant the filings of any surreplies without prior leave from the Court. Because Secretary Clinton did not first seek leave from the Court to file a surreply, her Corrected Reply should be stricken from the record.

4. In the alternative, if the Court will consider Secretary Clinton's Corrected Reply in its ruling whether Secretary Clinton will be deposed in this case, Plaintiff respectfully requests

that it be permitted to briefly respond to certain points newly raised by Secretary Clinton. A copy of Plaintiff's Surreply is attached hereto as Exhibit 1.

5. In accordance with LCvR 7(m), Plaintiff conferred with counsel for Secretary Clinton and was notified by email that Secretary Clinton does not object to Plaintiff's request for leave to file a surreply. Undersigned counsel also emailed counsel for the State Department requesting Defendant's position on Plaintiff's motion. Agency counsel notified Plaintiff that the State Department does not take a position on Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court strike Secretary Clinton's Corrected Reply in Support of her Opposition to Plaintiff's Request for a Deposition (ECF No. 147), or, in the alternative, grant leave for Plaintiff to file the Surreply attached hereto.

Dated: October 11, 2019               Respectfully submitted,

**JUDICIAL WATCH, INC.**

/s/ *Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar 501159)
Lauren M. Burke (D.C. Bar 1028811)
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
lburke@judicialwatch.org
rcotca@judicialwatch.org

*Counsel for Plaintiff*