# **<u>Exhibit 3</u>**

# 16

---

# Benghazi

**B**y the time I arrived at my mother's town house near Washington's Dupont Circle, I was spent from an emotionally exhausting day. It was Friday evening, September 14, 2012—several years before my mom passed away. I walked down the dark, narrow outside steps into her modern basement kitchen and kissed her, as she sat in her normal place at the head of her small, polished wooden kitchen table watching CNN.

"How are you feeling?" I asked, mindful of Mom's fragility just three months after she had suffered a stroke following yet another cancer surgery. While my mother had recovered significantly, she was not at her full strength. Mom said she felt okay and asked how I was faring, fully appreciating that this had been an especially tough week for me and my colleagues.

I told her, "Today, I had my weekly conference with Secretary Clinton and attended a Principals Committee meeting at the White House." But, much more painfully, I continued, I had just accompanied President Obama, Vice President Biden, Secretary Clinton, and other cabinet officials at a ceremony where we met the grieving families and paid respects to the four Americans killed three days earlier in the September 11, 2012, terrorist attack on the U.S. diplomatic facilities in Benghazi, Libya.

In the hangar at Joint Base Andrews, we sat facing four flag-draped coffins bearing the bodies of Ambassador J. Christopher Stevens, foreign service officer Sean Smith, and CIA contractors Tyrone S. Woods and Glen Doherty. These

*brave men had made the ultimate sacrifice in service to our nation on a mission to build peace and protect American interests. The painful and powerful image of their four coffins each being loaded into four separate hearses is one I will never forget. We were all mourning. The event had left me drained and fighting flashbacks to the caskets I accompanied back to Andrews fourteen years before, following the 1998 East Africa embassy bombings.*

*Weakened but indomitable, Mom asked next, "What are your plans for the weekend?" I reminded her that on Saturday I had long-standing arrangements to take the kids to the Ohio State University, where I had delivered the commencement address in June, for a tailgate and football game against U.C. Berkeley. Then I added, "And on Sunday, I will be appearing on all five Sunday shows."*

*Mom gave me a skeptical look.*

*This was only three days after the Benghazi attack, as my mother knew from following the news closely. It was a week that began with the swarming of the U.S. embassy in Cairo, and a wave of anti-American protests directed at U.S. outposts across the globe. I reminded her that it was nine days before the annual opening of the U.N. General Assembly when President Obama and scores of world leaders would gather on my turf to discuss such issues as Iran's nuclear program, the Palestinians' bid for statehood status, and Syria. Israeli prime minister Benjamin Netanyahu was ramping up his U.S. public relations campaign to pressure the Obama administration into a military confrontation with Iran. These were issues that I addressed publicly with frequency. And, I added, as she well knew, the presidential election campaign was heating up. For all these reasons, I explained, the administration had to put out a senior foreign policy official on television.*

*Mom immediately pressed me, "Why do you have to go on the shows? Where is Hillary?"*

*"I think that Hillary is wiped after a brutal week," I said. "The White House asked me to appear in her stead and, even though this isn't how I wanted to spend my weekend, I'm willing to do my part."*

*She was unrelenting, "I smell a rat. This is not a good idea. Can't you get out of it?" Dismissively, I replied, "Mom, don't be ridiculous. I've done the shows many times before. It will be fine."*

*It wasn't.*

Even as the attack in Benghazi was still ongoing, Republican presidential nominee Mitt Romney had already politicized the tragedy in a statement issued on September 11. Romney blasted, "It's disgraceful that the Obama administration's first response was not to condemn attacks on our diplomatic missions, but to sympathize with those who waged the attacks." This cheap and misleading hit referred to a tweet issued from the U.S. embassy in Cairo about the violent demonstrations in Egypt's capital city, not about Benghazi. But it was a leading indicator of how crazy this all would get, and it may partially explain why my mother smelled a rat.

I appeared on the September 16, 2012, Sunday shows, all five of them— ABC's *This Week*, CBS's *Face the Nation*, NBC's *Meet the Press*, *Fox News Sunday*, and CNN's *State of the Union*. I was asked what had happened in Benghazi on September 11, when four U.S. government officials, including Ambassador J. Christopher Stevens, were killed in a terrorist attack on our diplomatic facilities. To explain, I shared the latest available unclassified assessment produced by the U.S. Intelligence Community (IC). These were the so-called "talking points" written by the CIA at the request of members of Congress who asked for information they could use publicly:

- The currently available information suggests that the demonstrations in Benghazi were spontaneously inspired by the protests at the U.S. Embassy in Cairo and evolved into a direct assault against the U.S. diplomatic post and subsequently its annex. There are indications that extremists participated in the violent demonstrations.
- This assessment may change as additional information is collected and analyzed and currently available information continues to be evaluated.
- The investigation is ongoing, and the U.S. Government is working with Libyan authorities to help bring to justice those responsible for the deaths of U.S. citizens.

Though I had no role in crafting the CIA's talking points, I did not blindly parrot their contents. As U.N. ambassador, on a daily basis—six

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 5 of 33

days a week (except Sunday)—I received and thoroughly read a classified briefing provided to me and other top officials by the Intelligence Community. The CIA plus sixteen other agencies and parts of agencies comprise the U.S. Intelligence Community, which is led and coordinated by the director of national intelligence (DNI). The personnel of the Intelligence Community consist predominantly of apolitical, career professionals who do their utmost to keep our country and the American people safe.

My daily intelligence briefing, provided to me on Saturday, the day before the shows, had been fully consistent with the talking points that I was given. Therefore, I was comfortable that what I would say on Sunday morning reflected an up-to-date assessment.

In each television appearance, I drew squarely from the unclassified talking points provided by the Intelligence Community and made clear that I was providing our government's best *current* understanding of what had transpired. However, I repeatedly noted that our assessment could evolve as we gathered more information, particularly from the FBI investigation. As of early Sunday morning, September 16, when I taped the shows, the IC's latest assessment was that the attack on our compounds in Benghazi had evolved from demonstrations "spontaneously inspired" by the protests in Cairo into a direct assault on our Benghazi diplomatic compound. The Cairo protests were among the many instances of anti-U.S. demonstrations and violence that had erupted at several U.S. embassies across Africa, the Middle East, and South Asia that week following the widespread circulation on social media of *Innocence of Muslims*, a video that sparked anger in the Muslim world because it denigrated Muhammad, the Prophet of Islam.

Following the shows, I went home to change and join Ian at Maris's soccer game, and the rest of the day unfolded uneventfully. Over the coming week, however, controversy began to brew about what I said on the Sunday shows. At first, it was an isolated trickle stoked by partisan talking heads on Fox News, which I almost never watch and always pay little heed.

Fox started pushing the narrative on September 20 that the Obama administration, in Sean Hannity's words, was engaged in "a widespread cover-up based on flat-out lies, all aimed to protect a president who happens to be running for reelection." Hannity pointed to my comments on

Case 1:14-cv-01242-RCL     Document 148-4     Filed 10/11/19     Page 6 of 33

Sunday as Exhibit A. The next day Fox aired an exchange that began with co-host Dana Perino saying, "She [Ambassador Rice] goes out, and she is the one who says this is all just the video, the information we have at the time. Three days later, we find out that is completely wrong. How does that happen?" Co-host Eric Bolling replied, "Honestly, Dana, looks and smells and probably is a cover-up. . . . Politically, it looks bad for President Obama. So they had to blame it on a movie. Anything but what it was. A terrorist attack."

On September 25, Republican senators John McCain, Lindsey Graham, Ron Johnson, and Kelly Ayotte wrote a letter to me taking issue with my comments, alleging, "You made several troubling statements that are inconsistent with the facts and require explanation." Following a selective and misleading parsing of my Sunday show statements, their letter concluded, "We look forward to a timely response that explains how the U.S. Ambassador to the United Nations could characterize an attack on a U.S. consulate so inaccurately five days after a terrorist attack that killed four Americans."

On September 28, Representative Peter King (R-NY) was the first to call for my scalp, telling CNN, "I believe she should resign." He elaborated, "This was such a failure of foreign policy message and leadership, such a misstatement of facts as were known at the time. . . . To me somebody has to pay the price for this." King's bald demand shocked me. I also understood it likely foreshadowed that the hits on me would continue and intensify.

Over the coming weeks and months, my Sunday show appearances were harshly criticized by Republicans who sought to discredit President Obama's strong record on fighting terrorism, including killing Osama bin Laden. As the senators' letter presaged, I was attacked primarily for four reasons.

First, the president's opponents claimed that I (and other administration officials) had tried to deny or downplay that the tragedy in Benghazi was a terrorist attack. In fact, I never suggested that the perpetrators were not terrorists or that the attack was not a terrorist attack, though I used the CIA-approved term "extremists," which in the IC's parlance (and mine) meant the same thing in the context of an attack. To the contrary,

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 7 of 33

on CBS's *Face the Nation* I made plain that we understood the perpetrators to be extremists, of a variety to be determined, as my exchange with Bob Schieffer showed:

> BOB SCHIEFFER: Do you agree or disagree with him [the Libyan president] that al Qaeda had some part in this?
>
> SUSAN RICE: Well, we'll have to find . . . that out. I mean I think it's clear that there were extremist elements that joined in and escalated the violence. Whether they were al Qaeda affiliates, whether they were Libyan-based extremists or al Qaeda itself I think is one of the things we'll have to determine.

We later learned—once the Senate Select Committee on Intelligence investigation was complete—that the perpetrators included individuals affiliated with terrorist groups, including a Libyan-based Salafist extremist group called Ansar al-Sharia in Benghazi, and Al Qaeda branches in Africa and Yemen. The investigation did not confirm that the terrorist attack was ordered, directed, or orchestrated by Al Qaeda, as many Republicans had maintained (without firm evidence), despite the fact that it occurred on the anniversary of the September 11, 2001, terrorist attacks. Rather, the Senate Intelligence Committee found, "It remains unclear if any group or person exercised overall command and control of the attacks or whether extremist group leaders directed their members to participate."

Second, I was harshly criticized for saying that the attack was "spontaneous" and "not premeditated," as opposed to carefully planned well in advance. My statements were fully consistent in this regard with the CIA-drafted talking points approved by the Intelligence Community. Again, an excerpt from my discussion on *Face the Nation*:

> BOB SCHIEFFER: Madam Ambassador, he [the Libyan president] says this is something that has been in the planning stages for months. I understand you have been saying that you think it was spontaneous? Are we not on the same page here?
>
> SUSAN RICE: Bob, let me tell you what we understand to be the assessment at present. First of all, very importantly, as you discussed with

the [Libyan] President, there is an investigation that the United
States government will launch led by the FBI, that has begun and—

BOB SCHIEFFER *(overlapping)*: But they are not there.

SUSAN RICE: They are not on the ground yet, but they have already
begun looking at all sorts of evidence of—of various sorts already
available to them and to us. And they will get on the ground and
continue the investigation. So we'll want to see the results of that
investigation to draw any definitive conclusions. But based on the
best information we have to date, what our assessment is as of the
present is in fact what began spontaneously in Benghazi as a re-
action to what had transpired some hours earlier in Cairo where,
of course, as you know, there was a violent protest outside of our
embassy—

BOB SCHIEFFER: Mm-hm.

SUSAN RICE: —sparked by this hateful video. But soon after that spon-
taneous protest began outside of our consulate in Benghazi, we
believe that it looks like extremist elements, individuals, joined in
that—in that effort with heavy weapons of the sort that are, unfor-
tunately, readily now available in Libya postrevolution. And that it
spun from there into something much, much more violent.

BOB SCHIEFFER: But you do not agree with him that this was some-
thing that had been plotted out several months ago?

SUSAN RICE: We do not—we do not have information at present that
leads us to conclude that this was premeditated or preplanned.

On September 16, and for days thereafter, the U.S. Intelligence Com-
munity continued to assess that the attack was "spontaneous" and not pre-
planned. However, on September 28, twelve days after my Sunday show
appearances, the spokesman for the director of national intelligence issued
an *updated* assessment of the Benghazi attack that offered their latest deter-
mination that the terrorist attack had been "deliberate and organized" and
that the initial assessment that I utilized had been revised:

*As the Intelligence Community collects and analyzes more information re-
lated to the attack, our understanding of the event continues to evolve. In the*

*immediate aftermath, there was information that led us to assess that the attack began spontaneously following protests earlier that day at our embassy in Cairo. We provided that initial assessment to Executive Branch officials and members of Congress, who used that information to discuss the attack publicly and provide updates as they became available. Throughout our investigation we continued to emphasize that information gathered was preliminary and evolving.*

*As we learned more about the attack, we revised our initial assessment to reflect new information indicating that it was a deliberate and organized terrorist attack carried out by extremists. It remains unclear if any group or person exercised overall command and control of the attack, and if extremist group leaders directed their members to participate. However, we do assess that some of those involved were linked to groups affiliated with, or sympathetic to al-Qa'ida. . . . As more information becomes available our analysis will continue to evolve and we will obtain a more complete understanding of the circumstances surrounding the terrorist attack.*

Some weeks later, the Intelligence Community again adjusted its position, reverting back to its original conclusion, as reflected in the talking points, that the attack was "opportunistic" and did not involve any significant advance planning. The Senate Intelligence Committee investigation completed in 2014 reached the same conclusion, that the attack was "not a highly coordinated plot, but was opportunistic."

Third, I was accused of blaming the incendiary video for the Benghazi attack rather than terrorists. That charge was widely repeated in the mainstream media and became urban legend. For instance, Reuters reported on September 16 that "The U.S. ambassador to the United Nations, Susan Rice, said on Sunday talk shows that the preliminary information indicated the [Benghazi] attack was a spontaneous reaction to the video." On October 15, *The New York Times* wrote, "But in the days after the [Benghazi] attack the Obama administration's surrogates said it grew out of a peaceful protest against the video."

What I repeatedly said, consistent with the best information available at the time, was that we believed that what happened in Benghazi had been inspired spontaneously by events in Cairo, where the anti-Muslim video

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 10 of 33

had prompted violent protests against our embassy. In other words, the video was the precipitating factor *in Cairo*, and events in Cairo inspired Benghazi. I did not mean that the Intelligence Community had said that the video itself was the proximate spark in Benghazi. That was not the IC assessment. My comments on ABC, where I was interrupted in midsentence, unfortunately were imprecise. But I made the point clearly on CBS with Bob Schieffer and again on NBC's *Meet the Press* with David Gregory:

> *Our current assessment is that what happened in Benghazi was in fact initially a spontaneous reaction to what had just transpired hours before in Cairo—almost a copycat of—of the demonstrations against our facility in Cairo, which were prompted, of course, by the video. . . . Obviously, that's— that's our best judgment now. We'll await the results of the investigation.*

Despite my effort to be clear that the violence in Cairo stemmed from the video, reputable commentators and journalists elided my comments and established a public narrative that I blamed Benghazi on the video. It stuck.

Subsequent investigations, including by *The New York Times*, that took account of the motivations described by Libyans—who witnessed or were involved in the attacks—revealed that, contrary to what we thought at the time, the video did appear to have been a catalyst for the attack on the Benghazi diplomatic facility. Among those who reportedly said so was Ahmed Abu Khattala, who was convicted in U.S. court for his significant role in the attack.

Finally, I was lambasted for stating that there had been a protest or "demonstrations" at our diplomatic facility in Benghazi that evolved into a larger and violent attack. Hewing carefully to the talking points provided by the IC, which initially assessed that there had been "demonstrations" in Benghazi, that was the assessment I provided. This information turned out to be wrong, and days after my appearance, the IC revised its judgment to reflect their subsequent determination that there were no protests. This proved to be the main error in the original talking points.

As Undersecretary of State for Management Patrick Kennedy, a career foreign service officer, told Congress, "if any Administration official, in-

cluding any career official, were on television on Sunday, September 16th, they would have said what Ambassador Rice said. The information she had at that point from the intelligence community is the same that I had at that point."

———

Throughout October, the attacks on me—some ferocious—were sustained. Romney himself gave a speech on October 8, in which he said, "This latest assault cannot be blamed on a reprehensible video insulting Islam, despite the Administration's attempts to convince us of that for so long." Senator Lindsey Graham said on October 11 that I was "either incompetent or untrustworthy—she's one of the two."

Once the DNI's statement was released updating its assessment on September 28, Democrats began coming to my defense. Senator John Kerry issued a statement saying, "I'm particularly troubled by calls for Ambassador Rice's resignation. She is a remarkable public servant for whom the liberation of the Libyan people has been a personal issue and a public mission. She's an enormously capable person who has represented us at the United Nations with strength and character." Senate Majority Leader Harry Reid insisted: "In order to inform the American people, the Obama administration, including Ambassador Rice, reported the preliminary information they had after the attack, despite the uncertain nature of intelligence in the fog of battle, and have responsibly updated the American public as new details have emerged."

After his brief visit to the General Assembly in late September, I didn't see much of President Obama for the duration of the campaign season. He was frequently on the road, and I was mostly in New York. But on October 12, shortly before the second presidential debate, National Security Advisor Tom Donilon invited me for lunch in his office at the White House. This was rare, if not unprecedented, so I suspected there was a larger reason for the invitation. Sure enough, in the midst of our meal, in popped President Obama.

No substantive discussion ensued; his purpose was simply to ask—*You okay?* He underscored his concern for me and his view that the attacks on me were all political gamesmanship. Obama had my back. "Stay strong, Susan," he assured me.

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 12 of 33

"I'll be all right," I said, "but I can't say the same for Maris or my mom." We didn't go into the details of the trauma that my daughter and Mom were experiencing. In these highly stressful weeks after my Sunday show appearances, Mom kept CNN blaring in her kitchen through almost all her waking hours, obsessed with what was happening to me. Like nine-year-old Maris, who was having batteries of tests to try to explain the frightening hallucinations she had recently begun to experience, Mom was traumatized. But unlike Maris, Mom understood what was going on. Still, she couldn't stand to see her daughter attacked, my integrity maligned. That stung her. And me.

Confessing that having Senator Graham denigrate my intellect and honesty was beyond galling, I told the president, "I will hang tough." I appreciated the Boss's very deliberate effort to buck me up. His private and public support helped sustain me through the heat of the October onslaught.

Just four days later, in the October 16, 2012, presidential debate, Governor Romney attacked President Obama on Benghazi. After Secretary Clinton had said that she "takes responsibility" for the thousands of State Department employees and their security, President Obama declared in the debate that the buck stopped with him: "Secretary Clinton has done an extraordinary job. But she works for me. I'm the president, and I'm always responsible, and that's why nobody's more interested in finding out exactly what happened than I. . . ."

Still, Romney went on the offensive: "There was no demonstration involved. It was a terrorist attack, and it took a long time for that to be told to the American people. Whether there was some misleading, or instead whether we just didn't know what happened, you have to ask yourself why didn't we know five days later when the ambassador to the United Nations went on TV to say that this was a demonstration. How could we not have known?"

*Jesus*, I thought, as I watched from home. *Now I'm in the middle of the presidential debate. This is nuts!*

Obama came back swinging, "The suggestion that anybody in my team, whether the Secretary of State, our U.N. Ambassador, anybody on my team, would play politics or mislead when we've lost four of our own, Governor, is offensive."

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 13 of 33

*Boom.* He sure did have my back.

Undeterred, Romney kept going, accusing Obama of refusing to call Benghazi an "act of terror" until fourteen days later, and was incredulous when Obama replied that he called it that right away, on September 12, the day after the attack.

CNN moderator Candy Crowley intervened, dutifully reading aloud the transcript of Obama's September 12 Rose Garden statement, in which he clearly used the words "act of terror." Romney appeared flummoxed and deflated. That was the last time Romney tried directly to bury Obama with Benghazi.

Over the remaining weeks of the campaign, I continued to be called all manner of things by Republican surrogates and pundits. It was incredibly frustrating to be publicly denigrated and not be able to fight back. As U.S. ambassador to the U.N., I spoke every day for my country and the president, not for myself, especially on a politically fraught issue in an election season. So I largely kept silent on the subject even as the attacks mounted.

I don't mind being disliked. I would always rather be respected than liked, if I had to choose. But to have my integrity impugned, to be branded a liar, hurt like nothing I had experienced before.

I fully understood that the attacks on me were a proxy for attacks on the president and, to some extent, that helped me not take it too personally during the election season. I also recognized that I was irresistible to Fox News, given my relatively high profile as Obama's U.N. ambassador and my perceived closeness to the president going back to his 2008 campaign. For the remaining weeks before the election, I viewed my role as to suck it up, take the hits, keep my head down, and survive to fight another day. It wasn't easy but putting mission first—continuing to represent the U.S. at the U.N.—made it a tolerable sacrifice.

October lasted an eternity. Feeling numb, I focused on my job and my family, reserving no space for my own emotions. Plowing through was an effective, if diversionary, coping mechanism, but I figured I could come to terms with my own emotions later.

Throughout this period, my incredibly loyal staff at the U.S. Mission to the U.N., wounded and appalled, worked crazy hours on top of their regular duties to defend me in the face of relentless media inquiries and

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 14 of 33

congressional scrutiny. Only later would I learn how much they suffered on my behalf. Years after, when attacks against me resurfaced, or they were forced to relive the fall of 2012, they acknowledged to me their pain and stress. They had suffered to a degree that I had not, because I couldn't let it be about me. But they too put mission first, and their mission was to protect me when I couldn't and others wouldn't. My team performed thankless and lonely roles with enormous devotion and skill.

Strangely, in the halls of the U.N., it was as if nothing had happened. Few, if any, colleagues broached the subject of Benghazi. The U.N. press corps, which questioned me multiple times a week, never once asked me about the Benghazi controversy, until after the election. At the U.N., this was a non-story—a dishonest political attack not worthy of distracting from the real issues we were dealing with such as Syria and the push for Palestinian statehood.

By the third week of October, I briefly thought perhaps the tide was shifting. Several reputable press outlets, including CNN, *The New York Times*, and *The Wall Street Journal*, reported that I had relied on talking points which had been written by the CIA, not the White House, and had been approved by the Intelligence Community as a whole. It was plainly reported that, only after I was interviewed, did the IC receive information that changed their assessment. Despite the facts being widely disseminated, the attacks continued. I soldiered on, consumed by the responsibilities of representing the U.S. at the U.N. The weight of the job helped me stay focused and prevented me from wallowing too much in the assaults on my integrity.

———

Still, I wasn't prepared for the attacks on me *escalating* after the election. Naively, I had assumed that once the campaign was over and the president was reelected, the Republicans would see little continued utility in maligning me. During the campaign, White House chief of staff Jack Lew told me that the president wanted me to be vetted as a candidate for secretary of state. I had been thoroughly scrutinized in 2008 before being nominated for the U.N., but this was to be an updated and potentially even deeper vetting. I agreed and indicated my interest in the job, fully understanding that I was not the only candidate in contention. Senator John Kerry was

also under consideration, and perhaps others. I had no firsthand reason to believe I was the president's preferred choice, despite a great deal of press speculation to that effect.

No sooner was the election over than Senators McCain and Graham, joined by New Hampshire senator Kelly Ayotte, launched their campaign to prevent me from becoming secretary of state. On November 14, McCain threw down the gauntlet, declaring: "Susan Rice should have known better, and if she didn't know better, she's not qualified. I will do everything in my power to block her from being the United States Secretary of State." For good measure, McCain accused me of "not being very bright." Graham also vowed to do his utmost to thwart my nomination, dutifully echoing McCain in his attack, saying, "I don't trust her. The reason I don't trust her is because I think she knew better, and if she didn't know better, she shouldn't be the voice of America."

That same day, President Obama was forced to respond to McCain's and Graham's comments at his first press conference after winning reelection. ABC News's Jon Karl asked for the president's reaction to their comments and "would those threats deter you from making a nomination like that?" Totally uncharacteristically, President Obama nearly erupted:

> *Well first of all I'm not going to comment at this point on various nominations that I'll put forward to fill out my cabinet for the second term. Those are things that are still being discussed. But let me say specifically about Susan Rice, she has done exemplary work. She has represented the United States and our interests in the United Nations with skill, and professionalism, and toughness, and grace. As I've said before, she made an appearance at the request of the White House in which she gave her best understanding of the intelligence that had been provided to her.*
>
> *If Senator McCain and Senator Graham, and others want to go after somebody? They should go after me. And I'm happy to have that discussion with them. But for them to go after the U.N. ambassador who had nothing to do with Benghazi? And was simply making a presentation based on intelligence that she had received? And to besmirch her reputation is outrageous. And, you know, we're after an election now. . . .*
>
> *But when they go after the U.N. ambassador, apparently because they*

*think she's an easy target, then they've got a problem with me. And should I choose, if I think that she would be the best person to serve America in the capacity at the State Department, then I will nominate her. That's not a determination that I've made yet.*

I was in a luncheon for Security Council ambassadors at the Indian Mission to the U.N. when my phone started blowing up. I excused myself to find out what on earth was going on and ran smack into my assistant, who was coming to pass me a note about the president's statement. Mortified that he was compelled to defend me yet again, I was also deeply moved and gratified by the president's response. The force of his answer and his rare display of public anger revealed how determined he was to make his selection without regard for partisan political attacks.

For my detractors, it was showtime. Republicans launched a sustained assault from multiple sides led by McCain and Graham. Nearly one hundred House Republicans joined the fray, writing a letter to Obama opposing my potential nomination:

*Though Ambassador Rice has been our Representative to the U.N., we believe her misleading statements over the days and weeks following the attack on our embassy in Libya that led to the deaths of Ambassador Stevens and three other Americans caused irreparable damage to her credibility both at home and around the world. . . . Ambassador Rice is widely viewed as having either willfully or incompetently misled the American public in the Benghazi matter. . . . We strongly oppose any efforts to nominate Ambassador Susan Rice for the position of Secretary of State.*

Soon it became a bench-clearing brawl. Democrats decided they had had enough of what Senator Dianne Feinstein called "character assassination" and what Representative Eleanor Holmes Norton termed my record being "mugged." They went out in my defense. House Democrats, led by the Congressional Black Caucus and women members, launched a counter-letter praising me and supporting my nomination. House leaders, including Nancy Pelosi previously, and Steny Hoyer, Adam Smith, and Adam Schiff now came robustly to my defense.

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 17 of 33

No one did more to counter the attacks on my character and qualifications than Jim Clyburn, the third-ranking Democrat and senior member from South Carolina, who had known my dad as well as me. Clyburn took serious offense that a fellow South Carolinian, Lindsey Graham, was leading the attack on me and noted, as did Congressional Black Caucus incoming chair Marcia Fudge from Ohio, that by calling me "incompetent" and "not qualified," despite my evident academic and professional qualifications, they infused racial and sexist "code words" in their attacks. Clyburn said:

> *This had nothing to do with Susan Rice. Now we know from testimony of [former CIA director David] Petraeus . . . that the talking points she was given, she absolutely read from the talking points. . . . Now, if she had deviated in some way from the talking points, then they would have some issue with her.*
>
> *. . . You know these are code words. . . . These kind of terms that those of us, especially those of us who were born and raised in the South, we've been hearing these little words and phrases all our lives, and we get insulted by them. Susan Rice is as competent as anyone you will find. . . . Say she was wrong for doing it, but don't call her incompetent. That is something totally different.*

Senators, who I think would have preferred to stay on the sidelines until the president made his choice between me and their colleague John Kerry, felt compelled to swarm the field, because the attacks had continued after the election and gone too far. Democratic senators, led by Dick Durbin, Barbara Boxer, Carl Levin, and Feinstein, energetically debunked the Republican attacks on my qualifications and integrity, stressing my effective service at the U.N. and that I had done nothing but accurately convey the information provided to me. Editorial boards from the *Los Angeles Times* to *USA Today*, from *The Washington Post* to *The New York Times* blog, did the same.

The month of November was worse than October, because there was no end in sight to the incoming hits. While finally able to speak in my own defense, I was distressed initially to see little pushback coming from the White House, with the very notable exception of the president himself.

I could not have asked for more from Obama, but he could hardly make me his principal priority. I needed colleagues in the White House to assist from the podium in the press room and to provide support to my small press and legislative affairs teams.

One day, in utter frustration, I called Ian from my office at USUN and complained, "I feel I'm floating out here alone, without the necessary support. Like a piñata." Wondering how long I was going to have to put up with this crap, I confessed, "I don't know what to do anymore. I just don't know." Out of exhaustion and helplessness, I cried with him on the phone.

At the U.N., my press team and I concluded it was finally time for me to go on the record and speak for myself. On November 21, at the press stakeout following a Security Council discussion on the cease-fire in Gaza, a reporter asked me, "Explain your view of the controversy concerning your comments about Benghazi? And . . . is Senator McCain fair in what he has said?" Explaining that I had relied solely on the information provided to me by the Intelligence Community and made clear that it was preliminary, I continued:

> *I knew Chris Stevens. I worked closely with him and had the privilege of doing so as we tried together as a government to free the Libyan people from the tyranny of Qaddafi. He was a valued colleague, and his loss and that of his three colleagues is a massive tragedy for all of us who serve in the U.S. government and for all the American people. None of us will rest, none of us will be satisfied until we have the answers and the terrorists responsible for this attack are brought to justice.*

Regarding McCain, I went on to say:

> *Let me be very clear. I have great respect for Senator McCain and his service to our country. I always have, and I always will. I do think that some of the statements he's made about me have been unfounded, but I look forward to having the opportunity at the appropriate time to discuss all of this with him.*

Shortly after I spoke publicly, the White House finally kicked into gear. With the president's blessing, Deputy National Security Advisors Ben

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 19 of 33

Rhodes and Denis McDonough led the charge. Their aim was both to have my back and test whether the most vocal Republican senators who opposed my potential nomination could be defused or neutralized such that their opposition, if enduring, would not be too prolonged or costly to the president's second-term priorities.

To that end, the White House set up meetings for me with key senators in late November. They thought that it would be helpful to have Michael Morell, the acting CIA director, accompany me to the Hill, because the CIA had written the Benghazi talking points, which Morell had approved. He could validate that I was speaking only on the basis of what the IC knew at the time. Michael is a stand-up guy, and I appreciated his willingness to join me.

Over the course of two long days, we had several meetings. I met with Senator Joe Lieberman (an Independent who caucused with the Democrats), who was a close friend of McCain and Graham. Supportive and rational, Lieberman broke with McCain and Graham, telling Andrea Mitchell on MSNBC that he saw no reason to oppose my nomination or confirmation, adding "it seems to me that everything she said on those many appearances that Sunday morning were within the talking points that she had been given by the intelligence community."

Michael Morell and I then met at length with Senators McCain, Graham, and Ayotte. This meeting was contentious from the outset. McCain came out swinging. Bullying and blustering, he refused to let me answer many of his questions. He grew furious when Michael, in his effort to be helpful, mistakenly commented that the FBI had edited out the term "Al Qaeda" from an early draft of the talking points. McCain suggested that Michael was lying; of course, he was not. Michael corrected himself just a few hours later, clarifying that it was CIA personnel, not FBI, who made those edits before the points reached him. But once McCain got started, it was hard to stop him.

What I didn't fully appreciate at the time but have since come to believe, is that McCain was not interested just in punishing me for my words on Benghazi. There was likely more to it. Perhaps he also sought retribution for my closeness to the man who defeated him and for my own deprecating comments about him during the 2008 campaign. Graham piled

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 20 of 33

on with his snarky, unctuous, and hyper-partisan outrage and later used
Benghazi to fundraise and shore up his conservative credentials in expecta-
tion of a Tea Party primary challenger in 2014. Ayotte was the least aggres-
sive but clearly opposed my potential candidacy.

As I said to the senators when we met, "I regret that the talking points
provided to me by the Intelligence Community, and the initial assessment
they were based on, were incorrect in one key respect: there were no pro-
tests or demonstrations in Benghazi. No one more than I wishes that we
had had perfect information just days after the terrorist attack. But, as you
know, it is often the case that the intelligence evolves. That's what hap-
pened here. Neither I nor anyone else in the Administration intended to
mislead the American people at any stage in this process."

Despite acknowledging my error in our meeting, the senators' dismis-
sive response made plain that they never intended to give me a fair hearing
(nor even hear me or Michael at all). After our meeting, they issued harsh
statements claiming they were even more "troubled" and "concerned"
about the information I conveyed on September 16 than they had been
before. Graham also pronounced himself "very disappointed in our In-
telligence Community. I think they failed in many ways." The senators
demanded much more information from the FBI and other agencies on
what happened in Benghazi, as Graham said, "Before anybody can make
an intelligent decision about promoting someone involved in Benghazi."

Senator Bob Corker, who was the ranking Republican on the Senate
Foreign Relations Committee, met with me separately. He was more civil
but equally dismissive of my prospective nomination, calling me a partisan
flack who was better suited to serve as spokesperson for the Democratic
National Committee. Publicly, Corker said, "I don't think people around
here want in the secretary of state's office someone who's a political opera-
tive." Then, straining credulity, he added, "But, I'll give her a fair hearing."
By contrast, in a private pull-aside with me after our formal meeting, he
told me candidly: "Your problem is that you are just too *good*." As he im-
plied then and on later occasions, I was a smart, powerful communicator,
whom admittedly he quite "likes." In his view, I was too effective a spokes-
person, one the Republicans had every interest in sidelining. It wasn't per-
sonal, in his mind. It was politics.

Case 1:14-cv-01242-RCL   Document 148-4   Filed 10/11/19   Page 21 of 33

The most disingenuous meeting I had was with Senator Susan Collins of Maine. Four years earlier, she had kindly introduced me at my confirmation hearing for U.N. ambassador, heralding my qualifications and my strong family ties to Maine. In the intervening years, I had failed to pursue a deeper relationship with her. Now in public after she met with me, Collins said, "Frankly, I found her to be very defensive and not very forthcoming. I walked out of the meeting with a profound sense of disappointment." She also said, "I am concerned that Susan Rice's credibility may have been damaged by the misinformation that was presented that day."

The disappointment was mutual. Behind closed doors, Collins pressed me hard on why I went on the Sunday shows instead of Clinton, casting my decision as a self-serving audition for secretary of state. Despite my explanation to the contrary—that I agreed to do the shows, notwithstanding my long-planned Saturday travel with my kids, purely out of duty to the White House—she persisted in a nasty prosecutorial vein. She shocked me most by returning to the 1998 East Africa embassy bombings by Al Qaeda, suggesting that I was to blame for those attacks, despite the fact that the independent after-action report on the embassy bombings, which is required by law, found no fault with me. In the press, Collins tried to give lift to this latest smear, saying, "What troubles me so much is the Benghazi attack in many ways echoes the attacks on those embassies in 1998, when Susan Rice was head of the Africa region for our State Department. In both cases, the ambassadors begged for additional security." This attack was the lowest blow.

When the meetings were over, Collins made plain she remained unmoved. McCain and Graham sustained their offensive against me and expanded it unfairly to encompass Michael Morell. I had made no progress on the Hill and arguably suffered another public setback, as it became clear that most of these senators were resolved (no matter what I said) to deny Obama (seemingly out of vengeance for his reelection) the person they perceived to be his first choice for secretary of state.

The public battle over my non-nomination continued to mount into early December, but McCain and Graham stepped back a bit, content to let others take up the cudgels. McCain signaled his readiness to continue fighting, however, by announcing his intent to join the Senate Foreign Re-

lations Committee, which would be responsible for screening the eventual nominee for State.

Meanwhile, GOP staffers conducted extensive opposition research against me, mining the historical record for new lines of attack, since the Benghazi assault appeared to be losing steam. They turned their focus to assailing my Africa record, sometimes with the help of long-standing critics of my tenure in the Clinton administration, including former ambassador to Sudan Tim Carney and committed loyalists of the late Richard Holbrooke, who seeded various negative press stories and opinion pieces, including one that resurfaced the false *Vanity Fair* allegations about Sudan and 9/11. Additional stories in *The New York Times*, *The Atlantic*, and elsewhere blasted me for being too close to Rwandan president Paul Kagame and protecting Rwanda from criticism at the U.N. I was also accused of being too sympathetic to autocratic "new" African leaders and indifferent to the extreme suffering in Congo.

Other press stories painted me as hotheaded, having a "personality disorder," "screeching," and being temperamentally ill-suited for the role of chief diplomat. A separate line of attack related to the bizarre claim that I was not actually opposed to the Iraq War (despite my early support for Howard Dean). Yet another vector was to assail my husband's financial holdings, including in TransCanada, a Canadian oil pipeline company, which detractors said should disqualify me, since the State Department would advise the president on whether to approve the controversial Trans-Canada pipeline. (This was a particular red herring, as all I would have needed to do was recuse myself, which I did as national security advisor.)

Even the Russian government piled on, publicly opposing my nomination because I was too "ambitious and aggressive." That condemnation I wore as a badge of honor, deeming it a backhanded compliment of my efficacy in battling Russia as U.N. ambassador. Taken together, it was clear I was facing an impressive multi-front assault fueled by disparate opponents from various stages of my career.

As harsh as the criticism was, I was heartened and deeply gratified by the sudden deluge of support. In Congress, Democrats in both houses were powerful advocates. Just one Republican publicly broke ranks to support me, Senator Johnny Isakson of Georgia, a kind, genteel man with

Case 1:14-cv-01242-RCL     Document 148-4     Filed 10/11/19     Page 23 of 23

whom I had worked closely on Africa issues. He used to send me Georgia peanuts and was always gracious. When asked about my potential nomination, Isakson told CNN, "What you don't want to do . . . is shoot the messenger. She read what she was told to read on those days and those five interviews. . . . She's become the focal point because she was put on the tip of the spear by the Administration. She is a very smart, very intelligent woman. I know this Ms. Rice, I think she's done a good job as Ambassador to the U.N."

Outside groups came to my defense—women, African Americans, and leaders of the American Jewish community who hailed me as a "gladiator" with "an unprecedented 100% pro-Israel voting record" in the U.N. Numerous colleagues—bosses, subordinates, and peers—rallied to my defense. From Madeleine Albright and Sandy Berger to former staffers at the NSC, including John Prendergast and Jeremy Weinstein, and (Republicans) Shawn McCormick and Jendayi Frazer, my Clinton administration contemporaries were outspoken. Michael O'Hanlon from Brookings also wrote many helpful articles supporting me. Secretary Clinton came to my defense in early December as well, calling me "a stalwart colleague," emphasizing, "Let me repeat what I have said many times. . . . Susan Rice has done a great job as our U.N. ambassador" and has "played an important role in what we've been able to accomplish in the last four years."

I was greatly buoyed by the depth and breadth of this outpouring of support when I needed it most. Yet, even as I appreciated their vocal defense of my integrity and my record, it was awkward for me, because I did not want to promote myself or campaign for the job of secretary of state. Instead, I wanted the decision to be the president's to make without external pressure (at least any generated by me). Moreover, I knew that Senator Kerry was a very strong candidate who was bound to enjoy the support of many of his Senate colleagues.

By mid-December, it became clear that the attacks on me were not going to abate. Moreover, a budgetary crisis, the so-called "fiscal cliff" was looming, and Congress needed to confront this pressing partisan battle. I didn't want a fight over my confirmation to add fuel to that fire or to delay and potentially derail top second-term priorities like immigration reform, to which I assigned enormous urgency and importance.

With Democrats controlling the Senate, I believed then (and still do) that I would have garnered more than enough votes to be confirmed, if not by a great margin and after an ugly fight. Senator Dick Durbin, the majority whip, agreed. When asked by the press on December 9 if he believed I would be confirmed if nominated, he said, "I do believe so. At the end, some of the criticisms against her have been unwarranted. Many have gone just too far. There's really a basic feeling of fairness. She's an extraordinary person. She's certainly well-educated and has really served our nation well as ambassador to the U.N."

Before the days of Trump, Betsy DeVos, Brett Kavanaugh, and our collective acquiescence to the narrowest of confirmation margins, I believed that the secretary of state (and other senior-most positions) should not be chosen along party lines. It is a role too important to our national security and international leadership to be used as a political football. That is still my view, though now it may seem quaint and antiquated.

After a couple of agonizing days of soul-searching and intense conversations with loved ones and a couple of my closest advisors, I made a decision. When I shared it with my mom—one early morning in the kitchen of my New York residence at the Waldorf, where she was visiting and drinking a cup of coffee—she must have spotted the resolve on my face as I walked in, still in my bathrobe. I joined her at the counter and gave her an extended hug.

"I've thought about this long and hard, and I've decided to pull out." Outlining my reasoning, I explained, "First, I don't think it is worth the demolition derby—to myself, our family, and the president's priorities. It's a manufactured controversy and a political hit job. But it isn't worth fighting just because I feel vilified. You know how much I *hate* to quit. Anything. Ever since I was a tomboy and a competitive athlete and student, you know I have always refused to give up. But you also taught me there are bigger things than my ego, my reputation, or even my perceived integrity. Things like our policy priorities and our country."

My mother was heartbroken, but I think also a bit relieved. We cried together for several minutes. Mom told me, as always, "You know how proud I am of you and how much I adore you." She understood the basis for my decision and respected it. It meant everything to me to have her

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 25 of 33

there to support me, to hold me close as if I were still her baby, and to assure me it would all be all right.

Ian was disappointed but, as always, my rock. I later learned that he was much more upset and angry than he let me know at the time. My brother, Johnny, was deeply pained that I had suffered so much and furious that it was ending this way. He too hid much of his emotion from me, but I could sense his deep frustration. Maris was grateful this nightmare was about to be over and didn't hide her relief that we would soon put the ordeal behind us.

The person whose reaction I was least prepared for was Jake's. I flew home and sat with him in our yellow-painted living room in Washington. He was then fifteen. I explained to Jake that I was withdrawing from consideration, because the fight wasn't worth it for our family or the country. Jake had been dispassionate and strong throughout the whole Benghazi drama, but suddenly he broke down into tears. He begged me to change my mind: "Mom, you can't quit. You are not a quitter. You taught me all my life never to give up. How can you do this?"

I tried to explain, "Jake, this is not about me. Sometimes, you don't put yourself first. You put others first like your family, the president, and our country."

He insisted, "I will be okay. The family can handle it. We have already been through the worst. You can't let those people attacking you win." We went back and forth for a while like this until he realized I wasn't going to change my mind. I held him like my mom had held me and wept.

With my team, I devised a plan to roll out my decision. I spoke with the president and told him of my conclusion. It was a somber conversation. He said he was grateful for my continued service, deeply sorry for all I had been through, and respected my decision to withdraw. In my letter dated December 13, I wrote to him:

> *I am highly honored to be considered by you for appointment as Secretary of State. I am fully confident that I could serve our country ably and effectively in that role. However, if nominated, I am now convinced that the confirmation process would be lengthy, disruptive, and costly—to you and to our most pressing national and international priorities. . . . Therefore, I respectfully*

Case 1:14-cv-01242-RCL   Document 148-4   Filed 10/11/19   Page 26 of 33

*request that you no longer consider my candidacy at this time. . . . I am grate-*
*ful, as always, for your unwavering confidence in me and, especially, for your*
*extraordinary personal support during these past several weeks.*

In response, the president issued a statement:

*For two decades, Susan has proven to be an extraordinarily capable, patriotic,*
*and passionate public servant. . . . I am grateful that Susan will continue to*
*serve as our Ambassador at the United Nations and a key member of my*
*cabinet and national security team. . . . I have every confidence that Susan*
*has limitless capability to serve our country now and in the years to come,*
*and know that I will continue to rely on her as an advisor and friend. While*
*I deeply regret the unfair and misleading attacks on Susan Rice in recent*
*weeks, her decision demonstrates the strength of her character, and an admi-*
*rable commitment to rise above the politics of the moment to put our national*
*interests first.*

To break the news in my own voice, I gave an interview to NBC's
Brian Williams, who anchored a weekly network prime-time news show,
*Rock Center*. Before I left the U.S. Mission to head to Rockefeller Center to
tape the show, President Obama called me again at my office. He reiterated
his appreciation for how I handled everything. But his main message was
what he said in closing: "Keep your cool. Don't let them see you angry.
Listen to some Jay-Z in the car on the way over there." And, that's what I
did, rocking to "Empire State of Mind," on my headphones.

After taping Brian Williams's show and finishing a couple more press
calls at the Mission, I rushed to La Guardia Airport to catch the last shuttle
to Washington. With my good friend and former deputy chief of staff Me-
ridith Webster and a DS agent, we hurried through the airport to reach our
gate. We arrived to find the US Airways gate agent slow-rolling the final
boarding process to give us a few extra minutes. As we boarded, the flight
attendant greeted us with a warm smile that said, *I've got your back*. My win-
dow seat was halfway to the back of the plane. As I made my way down the
aisle, several people looked up. When I sat down, the passengers broke out
into spontaneous applause. They had heard the news. *Wow*, I thought. To

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 27 of 33

make it even better, shortly after takeoff, the flight attendant brought me a minibottle of red wine as a gift.

Once I made the decision to withdraw, I knew it was right—a weight off my shoulders. The extraordinary outpouring of support that flooded in from every corner of my personal and professional life moved me beyond words. The hundreds of emails, notes, and calls were overwhelming and left me feeling comforted and strengthened. The messages that meant the most came from scores of foreign service officers from the most senior to very junior expressing their admiration and disappointment that I would not be their secretary.

I truly had no idea I had so many supporters in their ranks. Thinking back to my earlier years as assistant secretary of state and the feathers I had unintentionally ruffled, I was deeply gratified to see that I had corrected course sufficiently to overcome much of the skepticism and hostility that I generated in my first year or two at State. With time and personal growth, I had apparently earned the respect and even affection of many with whom I was serving. That knowledge, above all, helped me to persevere. I was content to remain at USUN where I had a great team, lots of freedom, and the issues were never boring.

I also knew that I might still be asked to serve President Obama in another capacity that I would love, such as national security advisor. In any event, I could now focus fully on my family, my staff, and my job in New York. I would take stock and learn as much as I could from this shattering experience.

Just over a week later, President Obama announced he was nominating John Kerry to be secretary of state, a choice that was met with widespread and bipartisan approval in the Senate. I issued a statement saying: "America is fortunate that Senator John Kerry will be our next secretary of state. . . . Senator Kerry has served extremely ably and demonstrated selfless commitment to our country. . . . I have been honored to work with him in the past, and I look forward to working closely with him again on President Obama's national security team." Graciously, Kerry emailed me the next day to say, "Thanks so much for your tremendous statement yesterday . . . it bowled me over. Very generous and hugely appreciated." I felt confident that I could work at least as well with Kerry as I had with

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 28 of 33

Secretary Clinton, despite the awkwardness of being publicly portrayed as rivals for the same job.

Before Christmas in 2012, Secretary Clinton hosted a festive party at her Washington home for scores of senior State Department officials. Knowing that she would depart once her successor was confirmed, it was also something of a farewell party. Since the 2008 campaign, I encountered President Clinton only intermittently, and he was often cold to me upon initial contact. Once the conversation got going, however, he typically warmed up and seemed to forget that he bore a (hopefully) receding grudge against me. On this evening, at Hillary's party, he was right away his old self—voluble, intense, and warm.

President Clinton pulled me aside to commiserate kindly about Benghazi and its aftermath. He told me, in effect, "That was tough stuff, and you held strong under fire. You handled it very well." I was truly touched by his expression of concern and empathy. It meant even more coming from someone who had endured far worse. At the same party, Chelsea Clinton, who has always been lovely, engaged me in a more intimate conversation about how my kids were doing. She knew all too well how the politics of personal attack affect the families of those targeted, especially kids. I will forever be grateful for her sensitivity and warmth.

———

I always wondered—*Why me?* Why was I the one the GOP went after when I was a comparatively bit player in the actual Benghazi drama? Why not White House spokesperson Jay Carney? After all, Carney spoke about the Benghazi attacks almost daily from September 11 onward. He made more categorical statements than I—over a period of weeks. Like me, he was careful to rely on the Intelligence Community's assessment and not to make independent personal judgments. When the assessments changed, he updated his characterizations. Yet for some reason, I, not Jay, became the right-wing caricature of mendacity.

Why not Secretary of State Hillary Clinton (until later)? CIA director David Petraeus, whose agency had produced the talking points to begin with? Secretary of Defense Leon Panetta? National Security Advisor Tom Donilon? *How* was it that I became the bogey(wo)man of Benghazi?

To begin to answer that question, after I left government in 2017, I

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 29 of 33

consulted a former producer at Fox News who worked there throughout the Benghazi period. He gave it to me straight.

My Fox friend explained that individuals make great villains, not organizations or institutions like the State Department. Individuals put a face on an issue for the audience and provide "a ratings bonanza." In going on five Sunday shows, I provided Fox "an opportunity to introduce a new villain" plus tons of video which provided "tremendous fodder" they could play over and over. They could not make Obama the perpetual target. They needed someone "fresh, unpredictable," and Jay Carney was not interesting. As a spokesman, the public expected him to be "a lying flack" (which he decidedly is not). My Fox friend argued that, if someone else had gone on those Sunday shows and said the same thing, that person would have become the fresh villain. When I asked pointedly, he maintained that it really wasn't about me personally or even about my race or gender. To bolster that point, he noted that "Bill Clinton was the original Fox villain" and later Barney Frank.

Secondly, he explained, Fox viewers were offended that I did not blame the attack on "radical Islamic terrorists" but rather appeared to be crediting a video created by an American, thus blaming America. By stoking the perception that I failed to blame Islam, Fox could grab and energize their audience. They also could use me to hammer Obama and make the case that we were misleading the public or withholding information for political purposes. All that was "red meat for our audience." Fox, he said, has an "unbreakable bond" with its viewers. They know what their audience gravitates toward, and Benghazi was perfect bait.

When I asked why Fox kept going after me once the election was over, he explained that there were "no other good scandals," and Fox and its viewers still objected to the fact that Obama would not use the term "radical Islamic terror." All they needed to do was continue to play the audio and video of me to get an angry reaction from the audience. Fox's goal, he said, is to wind up the audience every night and make them angry. Anger = ratings.

Finally, he elaborated, now that I am a "familiar villain," Fox will continue to use me. Any simple, quick sound bites "re-hit a raw nerve," and it's easy to brand me a "liar" or a "leaker" in perpetuity. A *recyclable* bogeyman.

This explanation about "why me" sounds logical (from the Fox News point of view), though I find it somewhat hard to believe that neither my race, my gender, nor my perceived closeness to the president made me a more attractive villain. Fundamentally, my Fox friend's insights underscore my mother's wisdom—I never should have gone on those Sunday shows that day.

———

After a much needed winter break with the family, I returned home in January 2013 to find that the dust had settled, and the spotlight had moved off me. Maris gradually improved. Eventually, after about a year, the episodes stopped entirely. My mom and the rest of my family moved on.

I too recovered. Painful as the whole experience was, I knew that I really only had two options—walk away or soldier on. To me, it wasn't really a choice. I never considered quitting, not least because I knew I hadn't done anything wrong. I would never give my detractors that satisfaction. As long as my family hung tough, I knew I could endure. My main coping mechanism was just to power through—by doing my job to the best of my ability, supporting my extraordinary USUN team who had suffered alongside me, and making jokes at my own expense. I lampooned myself at the U.N. Correspondents' Dinner just before Christmas and, later, in the spring of 2013, went on *The Daily Show* with Jon Stewart. I needed to laugh more than almost anything.

At the same time, I did some serious introspection about what went wrong and why. My team and I spent many hours in postmortem. I also consulted with Ian, Johnny, and outside allies who had deep experience with crisis management and could help me extract the leadership lessons I should take from this experience.

I realized several things.

First, again, my mother was right. It was a mistake to agree to appear on the Sunday shows, particularly in campaign season, even though my motives in doing so were selfless. In retrospect, while I don't think—as some have suggested (including my mom)—that I was set up, I do believe that Hillary Clinton and Tom Donilon appreciated what I did not. The first person to tell the public about a highly political tragedy was likely to pay a price. The opposition typically wants a scapegoat. Early information

Case 1:14-cv-01242-RCL    Document 148-4    Filed 10/11/19    Page 31 of 33

is almost inevitably wrong. That is not the Intelligence Community's fault or anyone else's. It's just that we learn more and gain better insight as time passes after a crisis.

I also acknowledge that there were some words and phrases I uttered on Sunday, September 16, that I wish I could restate with more precision, less certitude, or not have said at all. None of them materially changed the substance of what I said, but they offered fodder for my critics to pick at. Going forward, I have tried to avoid doing all five Sunday shows, the so-called "full Ginsburg," named after Monica Lewinsky's lawyer, William Ginsburg, the first to appear on all five. I learned the hard way that the more interviews you do, the more your comments are parsed, and the more likely you are to make a mistake.

In truth, had I refused to go on the shows, I would have felt guilty and selfish. Someone else would have had to go out. I am a team player, and I don't like shunting off on others what I am capable of doing. By deferring to that instinct, by putting the cause and the team first, I did myself a disservice.

My brother, Johnny, one of my closest confidantes, fiercest supporters, and bluntest critics, shared with me several additional insights. Sometimes Johnny's advice feels pedantic, but he knows me better than anyone and sees me in ways that I can't.

Johnny gave it to me straight: during Benghazi, I had "acted like a girl." (Ouch.) He meant that I put everyone else's interests above my own and that, after the election, I didn't promote or campaign for myself the way a guy would have. "With you," Johnny complained, "it's always mission first. That's your greatest strength, but it can also work against you."

I countered that it was inconsistent with my principles to gin up public pressure on the president to nominate me by generating carefully timed positive press coverage or encouraging constituency groups to lobby on my behalf. Johnny retorted that Senator Kerry, for example, had made it plain that he did not wish to be considered for secretary of defense, only state, thus denying Obama one way to have his cake and eat it too. I explained to Johnny that, girly or not, I would never be comfortable trying to box in the president.

Next, Johnny insisted that I needed to learn that being good and right

is not enough. Up until Benghazi, I had always succeeded on the basis of merit, but "sometimes, merit isn't enough," my brother cautioned. "This lesson has come to you late, since really you have not had any major professional failures before."

"You need people who will go the extra mile for you," he continued. In reality, if there was a truth to be told or a fight to be had, I had never been afraid to stand up for what I believed. But as Johnny reminded me, I have always had difficulty asking others to do anything for me—even when I need it most. Johnny insisted: "You have to cultivate sponsors, champions, and 'rabbis' in advance." He explained that, "When people see that you are under fire, you need them to jump in fast and be willing to battle on your behalf." His comments made me realize that, on some level, I may also have suffered from lingering resentment among some career veterans in the State Department who recalled my assertiveness and relentlessness as a young assistant secretary for Africa. Maybe, had I more enthusiastic advocates among their ranks at the early stage of the Benghazi onslaught, they might have helped to quietly blunt some of the most unfair characterizations of my motives. While I am deeply grateful for all those who ultimately came to my defense, their support came late, after months of public pummeling. Still, that was on me for not having asked earlier, or at all.

Johnny, Ian, and many others also stressed that I had not spent enough time building relationships with the media and other D.C. playmakers who earlier on could have shot down a fabricated narrative before it spiraled out of control. They were right; I had neglected over the years to cultivate the press sufficiently. I needed friends and allies in the media—not for Holbrooke-style self-promotion, which I loathed—but to earn the courtesy of the benefit of the doubt. Before someone writes a nasty story about me, it is helpful if they bother to ask me to respond to the charge against me. Despite being married to a journalist and having a number of press acquaintances, I had few close contacts or friends in the press and appeared to them aloof and standoffish. I had to change that. I was not going to be a "source"—that's not my style. I despise leaks to the press and would not traffic in them. Yet, I could be more accessible, enjoy drinks or a meal, build relationships, and even make friends with journalists without giving away more than my time and candor. It was a realization I came to far too

late, but this is a case of better late than never. Throughout the remainder of my time in government, I tried to engage more openly with the press, particularly the White House press corps when we traveled abroad, and through the occasional lunch or dinner in New York and Washington.

Finally, I also resolved to build stronger relationships with members of Congress, who I discovered belatedly can make a big difference with their support or silence. Most of my friends and interlocutors on the Hill are Democrats, but there are a few good Republicans who have been supportive since Benghazi. I won't out them, but they know who they are, and I am grateful to them.

———

In the years ahead, eight congressional committees investigated Benghazi. Appropriately, I was never called to testify publicly, since even Congress eventually came to understand that I was not a central player in the Benghazi tragedy. And, not one inquiry, even the longest and most politicized investigation chaired by Representative Trey Gowdy, concluded that I had deliberately misled the American people or acted improperly. Not one.

While the experience of being publicly pilloried was painful and temporarily knocked me off course, I came out of it stronger, tougher, and wiser. I emerged with an even fiercer resolve to never again let others define me. In a different context, Hillary Clinton once advised me, "Remember, revenge is best served cold." My revenge was simple: to continue serving my country undaunted and unbound.