IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | No. 14-cv-1242 (RCL) |

**INTERVENOR HILLARY RODHAM CLINTON'S
MOTION TO STRIKE AND REMOVE FROM THE DOCKET**

Undersigned counsel for Intervenor Hillary Rodham Clinton respectfully request that an order be granted to remove her Reply Brief in Support of Her Opposition to Plaintiff's Request for a Deposition and the exhibits thereto (Docket Numbers 146, 146-1, and 146-2) from the docket on the grounds that these documents were incorrectly filed. Undersigned counsel have been informed by counsel for Defendant that Docket Number 146-1, which is Exhibit A to Secretary Clinton's Reply, contains information that is subject to a protective order. Undersigned counsel filed this information inadvertently.

Undersigned counsel immediately contacted the ECF Help Line, and the documents were locked. Secretary Clinton also filed a corrected version of the Reply Brief in Support of Her Opposition to Plaintiff's Request for a Deposition (Docket Numbers 147 and 147-1) without the material covered by the protective order. Because at least a portion of Docket Numbers 146, 146-1, and 146-2 should have been redacted or lodged under seal, undersigned counsel for Secretary

1

Clinton respectfully request that Docket Numbers 146, 146-1, and 146-2 be stricken and removed from the docket.

Defendant has provided undersigned counsel with the protective order applicable to this case, and undersigned counsel are today executing it.

Counsel for Defendant consent to this motion. Counsel for Plaintiff maintain that any response to Plaintiff's reply is unauthorized, but consent to this motion to strike and remove.

                            Respectfully submitted,

                            /s/David E. Kendall

                            David E. Kendall (D.C. Bar No. 252890)
                            Katherine M. Turner (D.C. Bar No. 495528)
                            Stephen L. Wohlgemuth (D.C. Bar. No. 1027267)
                            WILLIAMS & CONNOLLY LLP
                            725 Twelfth Street, N.W.
                            Washington, DC 20005
                            Telephone: (202) 434-5000
                            Facsimile: (202) 434-5029
                            dkendall@wc.com
                            kturner@wc.com
                            swohlgemuth@wc.com

                            *Counsel for Intervenor Hillary Rodham Clinton*

October 11, 2019