**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-cv-1242 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| *Defendant*. | ) ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff Judicial Watch, Inc., by counsel, submits this status report in advance of the upcoming hearing scheduled for December 19, 2019. Plaintiff has completed taking the discovery that was ordered by the Court at the last hearing held on August 22, 2019. *See* Order, Aug. 22, 2019 (ECF No. 135). As a result, additional material facts have been discovered. While Plaintiff believes the end of discovery is near, limited additional discovery is necessary to resolve the remaining unanswered questions. The parties conferred by telephone on Thursday, December 12, 2019 about the additional discovery Plaintiff seeks and undersigned counsel identified the 3 additional depositions, two interrogatories and one subpoena for documents outlined below. Counsel for the State Department informed undersigned counsel by email on December 17, 2019 that Defendant opposes any additional discovery. Plaintiff sets forth below the limited additional discovery it requests:

**Depositions**

    1. **Two S/ES-IRM Officials**

        *a. Brett Gittleson*

Brett Gittleson was the Director of S/ES-IRM (Office of the Secretary, the Executive Secretariat's Information Resource Management) in 2013 and 2014. S/ES-IRM was the office responsible for providing technical support to the Office of the Secretary, including Secretary Clinton's office during her term. *See* S/ES-IRM Official Dep. 11:9-11:12, 11:14-12:6, 14:1-16:16, Oct. 11, 2019.[1] Part of S/ES-IRM's responsibilities included email management. *Id.* at 15:18-15:22.

In early 2009, S/ES-IRM officials became aware of Secretary Clinton's private email address, which continued through her tenure at the State Department. *Id.* at 17:14-18:13, 21:2-21:22. "But in 2009 it was normal for the Secretary to keep the private e-mail address. It was – as it conveyed to us, it was the e-mail that she used during the campaign. She was just comfortable. It already worked. She didn't want to change it. And we said okay, and we supported it." *Id.* at 19:20-20:22. The S/ES-IRM Director, John Bentel, gave Secretary Clinton's clintonemail.com email address to his team members around the time of the transition. According to the official deposed, "[her email address is] a very important piece of information that we would want to know." *Id.* at 111:18-113:8, 21:3-21:14, 21:17-22:4. By 2010, S/ES-IRM

---

[1] Pursuant to the Court's August 22, 2019 Order, Plaintiff deposed the three officials identified in the Federal Bureau of Investigation ("FBI")'s 302 notes of Bryan Pagliano. *See* Order, Aug. 22, 2019 (ECF No. 135); Pl.'s Status Report, Aug. 21, 2019 (ECF No. 131) at pp. 11-12. "S/ES-IRM Official" refers to one of the three individuals deposed. Plaintiff does not identify the individual by name in this public filing because the information is protected pursuant to the Court's June 10, 2019 Order. *See* Order, June 10, 2019 (ECF No. 115); Protective Order, June 10, 2019 (ECF No. 116). Relevant excerpts from the redacted transcript are attached hereto as Exhibit 1. Should the Court seek the unredacted version of the transcript, including the identity of the official, Plaintiff will file a copy under seal at the direction of the Court.

officials also became aware of Secretary Clinton's private email server.  *Id.* at 22:1-22:7, 27:1-27:22, 43:1-43:5.  The official deposed presumed Secretary Clinton was using her private email address for State related business because he helped troubleshoot it when it did not work properly with State Department servers – "I can only presume she's using it for State Department work."  *Id.* at 101:2-101:7.

Mr. Gittleson took over Mr. Bentel's position as Director sometime in late 2012 or early 2013.  In April or May 2013, Mr. Gittleson discussed Secretary Clinton's email use with Gene Smilansky, an attorney in the Office of the Legal Advisor who worked on FOIA lawsuits – including the CREW FOIA request pertaining to Secretary Clinton's email account(s).  Smilanksy Dep. 19:1-19:16, June 11, 2019 (attached hereto as part of Ex. 2).  Mr. Gittleson's knowledge about Secretary Clinton's email use when he replaced Mr. Bentel as Director of S/ES-IRM is relevant to the discovery ordered in this case.  Plaintiff requests that it be permitted to question Mr. Gittleson about his knowledge of Secretary Clinton's email use, any communications he had about Secretary Clinton's email use and any of the other areas permitted for discovery, to the extent he has any knowledge about those matters.[2]

   b. *Yvette Jacks*

Yvette Jacks was a Deputy Director in S/ES-IRM from 2010 through 2015.  As the deputy responsible for domestic and local technical support for Secretary Clinton, Ms. Jacks also

---

[2] On December 6, 2018, the Court ordered discovery into three main areas: (i) whether Secretary Clinton's use of a private email server was intended to stymie FOIA; (ii) whether the State Department's efforts to settle this case in late 2014 and early 2015 amounted to bad faith; and (iii) whether the State Department has adequately searched for records responsive to Judicial Watch's request.  *See* Memo. Opinion, Dec. 6, 2018 (ECF No. 54); Memo & Order, Jan. 15, 2019 (ECF No. 65).  The Court also authorized discovery into whether the Benghazi controversy motivated a cover-up of Clinton's email use.  *Id.*

assisted with the troubleshooting of Secretary Clinton's server.  S/ES-IRM Official Dep. 63:3-63:7, 91:15-91:19, 92:1-92:4, 92:12-93:13 (attached hereto as part of Ex. 1).

Ms. Jacks was also identified by Tasha Thian during her deposition as the person within S/ES-IRM who maintained the list of gatekeepers for Secretary Clinton's communications. Thian Dep. 122:22, 123:1-127:2, Sep. 19, 2019 (attached hereto as part of Ex. 3).  Ms. Thian was the State Department's Agency Records Officer through April 2014 and she testified on September 19, 2019 that she had discussions with S/ES-IRM officials about whether Secretary Clinton had e-mail and how her records would be managed during the broader discussion about the list of Secretary Clinton's gatekeepers.  *Id.* 36:5-41:8.  Ms. Thian also testified that she believes several members of S/ES-IRM deliberately withheld information about Secretary Clinton's email arrangements.  *Id.* at 151:18-152:16.  Plaintiff, therefore, also requests that it be permitted to depose Ms. Jacks about her knowledge of Secretary Clinton's email use during her tenure, any communications she had with State Department officials about Secretary Clinton's email use and any of the other subject areas permitted for discovery, to the extent she has relevant knowledge.

   **2.  Paul Combetta**

Paul Combetta worked for Platte River Networks (PRN) as an IT specialist.  PRN was retained by Secretary Clinton in 2013 to host email services.  *See* https://www.grassley.senate.gov/sites/default/files/documents/2019-08-14%20Staff%20memo%20to%20CEG%20RHJ%20-%20ICIG%20Interview%20Summary%20RE%20Clinton%20Server.pdf at p. 100 of 105 (last accessed Dec. 17, 2019).  According to information released by U.S. Senator Charles Grassley on August 14, 2019, Mr. Combetta transferred all except four emails from Secretary Clinton's email account to a Gmail account he created in 2012 and which was supported by Google.  The

email address is carterheavyindustries@gmail.com.  *Id.* at p. 8 of 105.  Additionally, it has been publicly reported that Mr. Combetta deleted the emails that remained on Secretary Clinton's devices and/or server in or about March 2015.  *See* Adam Goldman and Michael S. Schmidt, New York Times, *Justice Dept. Granted Immunity to Specialist Who Deleted Hillary Clinton's Emails*, Sept. 8, 2016, available at https://www.nytimes.com/2016/09/09/us/politics/hillary-clinton-emails-investigation.html (last accessed December 17, 2019).  Secretary Clinton's emails and any such emails that are potentially responsive to Plaintiff's FOIA request are at the heart of this discovery.  Therefore, Plaintiff requests that it be permitted to issue and serve a subpoena *duces tecum* on Mr. Combetta to question him about the archiving, existence and deletion of any of Secretary Clinton's emails from her time at the State Department.  Plaintiff also requests that it be permitted to request that Mr. Combetta bring to his deposition all records he has pertaining to Secretary Clinton's emails from her time at the State Department.

**Interrogatories**

1. Plaintiff requests that it be permitted to serve the following two interrogatories on the State Department:

    a) Identify the number of FOIA lawsuits pending in 2014 that sought records relevant to Secretary Clinton's emails from her tenure at the State Department.

    b) Of the total number of lawsuits specified in the above Interrogatory, please identity the number of lawsuits the State Department attempted to settle from January 2014 through February 2015.

**Subpoena for Documents**

As the provider of the carterheavyindustries@gmail.com email account, Google is also likely to have relevant documents associated with Secretary Clinton's emails that were

transferred to this email account.  Therefore, Plaintiff requests that it be permitted to serve Google with a subpoena for documents associated with the email account.  Specifically, Plaintiff requests all records pertaining to Secretary Clinton's emails during her tenure at the State Department from this account.

Dated:  December 17, 2019                    Respectfully submitted,

**JUDICIAL WATCH, INC.**

/s/ *Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar 501159)
Lauren M. Burke (D.C. Bar 1028811)
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
rcotca@judicialwatch.org
lburke@judicialwatch.org

*Counsel for Plaintiff*