**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 14-cv-1242 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| *Defendant*. | ) ) | |

## ORDER

The Court, having considered Plaintiff's Consent Motion for Extension of Time and the entire record herein, hereby orders that the Motion is GRANTED, and it is further ORDERED that this round of discovery is extended through August 17, 2020.

ORDERED this  23rd  day of      April     , 2020.

/s/
Royce C. Lamberth
United States District Judge