**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 14-cv-1242 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) ) ) |
| *Defendant*. | ) ) |

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Judicial Watch, Inc., by counsel, submits this notice of filing to provide the Court with a status of the appeal of the Court's March 2, 2020 Discovery Order (ECF No. 161). Plaintiff submits the following:

1. Consistent with Plaintiff's representations made to this Court on September 11, 2020, Plaintiff filed on October 15, 2020, a Petition for Panel Rehearing and Rehearing *En Banc* of the Court of Appeals for the District of Columbia Circuit's August 31, 2020 opinion in *In re Hillary Rodham Clinton and Cheryl Mills*, Case No. 20-5056. *See* Plaintiff-Respondent Judicial Watch, Inc.'s Petition for Panel Rehearing and Rehearing *En Banc*, Doc. No. 1866429, *In re Hillary Rodham Clinton and Cheryl Mills*, Case No. 20-5056 (D.C. Cir.).

2. This filing is consistent with the representations made by Plaintiff in its Opposition to Defendant's Motion to Vacate Remaining Discovery Obligations. *See* Pl. Opp. to Def.'s Motion to Vacate Remaining Discovery Obligations at ¶¶ 4,8, September 11, 2020 (ECF No. 171).

| | |
|---|---|
| Dated: October 26, 2020 | Respectfully submitted, |
| | **JUDICIAL WATCH, INC.** |
| | /s/ *Ramona R. Cotca* |
| | Ramona R. Cotca (D.C. Bar 501159) |
| | Lauren M. Burke (D.C. Bar 1028811) |
| | Eric W. Lee (D.C. Bar No. 1049158) |
| | JUDICIAL WATCH, INC. |
| | 425 Third Street SW, Suite 800 |
| | Washington, DC 20024 |
| | (202) 646-5172 |
| | rcotca@judicialwatch.org |
| | lburke@judicialwatch.org |
| | elee@judicialwatch.org |
| | *Counsel for Plaintiff* |