# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-cv-1242 (RCL) |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE

Plaintiff Judicial Watch, Inc. by counsel, submits this notice to provide the Court with a status of the appeal of the Court's March 2, 2020 Discovery Order (ECF No. 161).

Consistent with its prior representations in this Court (*see* ECF No. 174), Plaintiff today filed its petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, seeking the United States Supreme Court's review of the D.C. Circuit's order granting Secretary Clinton's writ of mandamus. In the event the U.S. Supreme Court grants or denies Plaintiff's petition, Plaintiff will timely update this Court of any such order.

Dated:  January 26, 2021

Respectfully submitted,

**JUDICIAL WATCH, INC.**

*/s/ Eric W. Lee*
Eric W. Lee (D. C. Bar No. 1049158)
Ramona R. Cotca (D.C. Bar 501159)
Lauren M. Burke (D.C. Bar No. 1028811)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024
Tel.:    (202) 646-5172
Email: elee@judicialwatch.org

*Attorneys for Plaintiff*