IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-cv-1242 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| *Defendant*. | ) ) | |

## PLAINTIFF'S NOTICE

Plaintiff Judicial Watch, Inc. by counsel, submits this notice to provide the Court with a status of the appeal of the Court's March 2, 2020 Discovery Order (ECF No. 161).

Today, the U.S. Supreme Court denied Plaintiff's petition for a writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit, seeking review of the D.C. Circuit's order granting Secretary Clinton's writ of mandamus.

Dated:  March 29, 2021

Respectfully submitted,

**JUDICIAL WATCH, INC.**

/s/ *Eric W. Lee*
Ramona R. Cotca (D.C. Bar 501159)
Lauren M. Burke (D.C. Bar No. 1028811)
Eric W. Lee (D. C. Bar No. 1049158)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024
Tel.:   (202) 646-5172
Email: elee@judicialwatch.org

*Attorneys for Plaintiff*