UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 14-cv-1242 (RCL) |

**JOINT MOTION FOR AN EXTENSION OF TIME**

Defendant United States Department of State and Plaintiff Judicial Watch, Inc., having conferred, respectfully jointly request that all summary-judgment briefing deadlines be extended by a period of 30 days to accommodate settlement discussions. As good cause for this joint request, the parties offer the following:

1. On September 7, 2023, the Court issued a Memorandum and Order resolving several pending motions in this Freedom of Information Act case. Mem. & Order, ECF No. 181.

2. As part of that Order, the Court also set a schedule for summary-judgment briefing, with a November 6, 2023 deadline for Defendants' opening brief. *See id.* at 2.

3. Shortly after the Court's order, Defendants, with Plaintiff's consent, moved for a 120-day extension of the summary judgment briefing schedule to allow settlement discussions to unfold and potentially render briefing unnecessary. ECF No. 182. The Court partially granted the motion on October 6, 2023, extending Defendants' opening brief deadline by 60 days, until January 5, 2023. ECF No. 183.

4. Since the Court's September 7 order, the parties have discussed the possibility that this case could be resolved without the need for summary-judgment briefing. Plaintiff requested information about the agency's search and withholdings, and Defendant agreed to provide the information as part of those discussions.

5. Defendants recently provided the information Plaintiff requested, and Plaintiff has agreed to review the material and respond as soon as possible, taking into consideration holiday conflicts.

6. In order to facilitate these ongoing settlement discussions, and in the interest of efficiency and judicial economy, both parties respectfully request that all of the deadlines in the Court's October 6, 2023 Order be extended by 30 days. The parties recognize that the Court limited Defendants' prior request for a 120-day extension but believe that this more limited request is warranted given the parties' good faith efforts to resolve this matter without imposing on the Court's resources. The request for extension accounts for conflicts that may arise with the end of the year holidays, as well as the parties' intention to resolve the issue of attorneys' fees and costs in addition to the underlying issue of the agency's search and withholdings within the requested timeframe. Given the lengthy and complex history of this case, the parties believe that the extension is necessary for the parties to have meaningful discussions that might result in a resolution of this matter without the need for additional briefing for summary judgment and/or attorneys' fees and costs.

7. For those reasons, the parties respectfully request that all of the summary-judgment briefing deadlines in the Court's recent order be extended by 30 days. A proposed order is attached.

Dated: December 19, 2023                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director

                                             /s/ Stephen M. Pezzi
                                            STEPHEN M. PEZZI
                                            D.C. Bar No. 995500
                                            Senior Trial Counsel
                                            United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendant*


*/s/ Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar No. 501159)
Lauren M. Burke (D.C. Bar No. 1028811)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:    (202) 646-5172
Email: rcotca@judicialwatch.org
lburke@judicialwatch.org


*Counsel for Plaintiff*

3