UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>      Defendant. | Case No. 14-cv-1242 (RCL) |

**JOINT STIPULATION OF DISMISSAL**

    Plaintiff Judicial Watch, Inc. and Defendant United States Department of State, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Dated: February 13, 2024                   Respectfully submitted,

                                                   BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar 995500)
 Senior Trial Counsel
JONATHAN D. KOSSAK (D.C. Bar 991478)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendant*


*/s/ Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar No. 501159)
Lauren M. Burke (D.C. Bar No. 1028811)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:   (202) 646-5172
Email:       rcotca@judicialwatch.org
                  lburke@judicialwatch.org

*Counsel for Plaintiff*

2